UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| – v. – | : |
| | :     19 Cr. 850 (JSR) |
| PARKER H. PETIT and WILLIAM TAYLOR, | : |
| | : |
| Defendants. | : |

---------------------------------------------------------------- x

**NOTICE OF DEFENDANTS PARKER H. PETIT AND WILLIAM TAYLOR'S
JOINT MOTION TO COMPEL DISCOVERY AND SET DISCLOSURE DEADLINES**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and supporting exhibits, Defendants Parker H. Petit and William Taylor, by and through their undersigned attorneys, hereby move for an Order granting Defendants' Joint Motion to Compel Discovery and Set Disclosure Deadlines, pursuant to a filing and argument schedule that the Court deems appropriate at the upcoming Status Conference to be held at 2:00 pm on January 23, 2020.

[SIGNATURE BLOCK ON NEXT PAGE]

Dated: January 22, 2020

Respectfully submitted,

/s/ Eric B. Bruce
Eric B. Bruce
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Email: Eric.Bruce@freshfields.com

Altin. H. Sila
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 230-4622
Email: Altin.Sila@freshfields.com

*Attorneys for Parker H. Petit*

/s/ William Weinreb
William Weinreb
Michael Packard
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave., Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
Email: billweinreb@quinnemanuel.com
Email: michaelpackard@quinnemanuel.com

William Burck
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Email: williamburck@quinnemanuel.com

Michael Barry Carlinsky
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email:michaelcarlinsky@quinnemanuel.com

*Attorneys for William Taylor*