## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2020 I served the foregoing on all counsel of record via the ECF filing system, including the following individuals:

| | |
|---|---|
| Edward Imperatore<br>Scott Hartman<br>Daniel Tracer<br>Assistant United States Attorneys<br>The Silvio J. Mollo Building<br>One Saint Andrew's Plaza<br>New York, NY 10007<br>Telephone: (212) 637-2327<br>Email: Edward.Imperatore@usdoj.gov<br>Email: Scott.Hartman@usdoj.gov<br>Email: Daniel.Tracer@usdoj.gov<br><br>*Attorneys for U.S. Department of Justice* | William Weinreb<br>Michael Packard<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>111 Huntington Ave., Suite 520<br>Boston, MA 02199<br>Telephone: (617) 712-7100<br>Email: billweinreb@quinnemanuel.com<br>Email: michaelpackard@quinnemanuel.com<br><br>William Burck<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Email: williamburck@quinnemanuel.com<br><br>Michael Barry Carlinsky<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Email:michaelcarlinsky@quinnemanuel.com<br><br>*Attorneys for William Taylor*<br><br>/s/ Eric B. Bruce<br>_____<br>Eric B. Bruce<br>*Counsel for Defendant Parker H. Petit* |

Dated: January 22, 2020