UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

— v. —

PARKER H. PETIT and
WILLIAM TAYLOR,

                Defendants.

------------------------------------------------------x

Docket No. 19-cr-00850 (JSR)

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Matthew I. Menchel, an attorney with the law firm of Kobre & Kim LLP and admitted to practice in this Court, hereby appears as co-counsel for Defendant Parker H. Petit in the above-captioned action and requests that all subsequent papers be served at the address indicated below.

Dated: New York, NY
        March 12, 2020

KOBRE & KIM LLP

By: */s/Matthew I. Menchel*

Matthew I. Menchel
800 Third Ave, 6th Floor
New York, NY 10022
305-967-6108 (Telephone)
212-488-1220 (Fax number)
Matthew.Menchel@kobrekim.com

*Attorneys for Parker H. Petit*