UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA              :
                                      :
            – v. –                    :
                                      :   Docket No. 19-cr-00850 (JSR)
PARKER H. PETIT and                   :
WILLIAM TAYLOR,                       :   **NOTICE OF APPEARANCE**
                                      :
            Defendants.               :
                                      :
---------------------------------------------------------------x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Amanda Tuminelli, an attorney with the law firm of Kobre & Kim LLP and admitted to practice in this Court, hereby appears as co-counsel for Defendant Parker H. Petit in the above-captioned action and requests that all subsequent papers be served at the address indicated below.

Dated: New York, NY           KOBRE & KIM LLP
       March 12, 2020
                              By: */s/Amanda Tuminelli*

                              Amanda Tuminelli
                              800 Third Avenue, 6th Floor
                              New York, NY 10022
                              212-488-1284 (Telephone)
                              212-488-1220 (Fax number)
                              Amanda.Tuminelli@kobrekim.com

                              *Attorneys for Parker H. Petit*