UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA                         :
                                                 :
        – v. –                                   :
                                                 :    19 Cr. 850 (JSR)
PARKER H. PETIT and WILLIAM TAYLOR,               :
                                                 :
                Defendants.                      :
------------------------------------------------------------- x

**ORDER GRANTING DEFENDANT WILLIAM TAYLOR'S
UNOPPOSED MOTION FOR A TRIAL SUBPOENA TO ANNA MCPARLAND
PURSUANT TO 28 U.S.C. § 1783**

This matter comes before the Court on Defendant's William Taylor's Unopposed Motion for a Trial Subpoena to Anna McParland Pursuant to 28 U.S.C. § 1783 (the "**Motion**"), the Court hereby ORDERS that:

1. The Motion is GRANTED;

2. The Clerk of Court shall issue, pursuant to Federal Rule of Criminal Procedure 17(e)(2) and 28 U.S.C. § 1783, a subpoena for the trial testimony of Anna McParland;

3. Pursuant to 28 U.S.C. § 1783(b), Defendant William Taylor shall reimburse Ms. McParland for necessary travel and attendance expenses, estimated not to exceed $3,000; and

4. Pursuant to Federal Rule of Criminal Procedure 17(e)(2), 28 U.S.C. § 1783, and Federal Rule of Civil Procedure 4(f)(3), Defendant may effect service by emailing the subpoena to Ms. McParland's counsel in the United States.

Entered this 12th day of August, 2020.

_____
HON. JED S. RAKOFF
United States District Judge