UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | 19 Cr. 850 (JSR) |
| v. | |
| PARKER H. PETIT and WILLIAM TAYLOR, | |
| *Defendants.* | |

### ORDER GRANTING
### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

The motion of Jennifer B. Loeb for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the District of Columbia, and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Jennifer B. Loeb |
| Firm Name: | Freshfields Bruckhaus Deringer US LLP |
| Address: | 700 13th Street NW, 10th Floor |
| City/State/Zip: | Washington, DC 20006-3960 |
| Telephone: | (202) 777-4524 |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Parker H. Petit in the above-captioned action;

//

//

//

//

//

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____8/18/_____, 2020          By:_____
                                        United States District Judge