

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 20, 2020

**BY EMAIL**

The Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Petit & Taylor,* **19 Cr. 850 (JSR)**

Dear Judge Rakoff:

    Pursuant to the Court's instructions on the August 14, 2020 phone conference, the parties write to jointly request the exclusion of time under the Speedy Trial Act from October 5, 2020 through November 9, 2020, the date currently set for trial. This exclusion is warranted under 18 U.S.C., section 3161(h)(7)(A) inasmuch as the ends of justice outweigh the best interest of the public and the defendants in a speedy trial in light of the novel and unprecedented conditions posed by the current COVID-19 pandemic. As discussed with the Court, the parties requested a trial date in or about mid-November 2020, assuming that jury trials resume in September or October 2020, and the parties respectfully request that an application made to the Assignment Committee reflect that preference.

                                           Respectfully submitted,

                                           AUDREY STRAUSS
                                           Acting United States Attorney

                          By:   /s/
                                   Edward Imperatore
                                   Scott Hartman
                                   Daniel Tracer
                                   Assistant United States Attorneys
                                   (212) 637-2357

cc: Counsel of record (by email)

SO ORDERED

/s/ J.S.R.
USDJ
8-21-20