UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA                :
                                        :
         – v. –                         :
                                        :       19 Cr. 850 (JSR)
PARKER H. PETIT and WILLIAM TAYLOR,     :
                                        :
                    Defendants.         :
---------------------------------------------------------------- x

**NOTICE OF DEFENDANT PARKER H. PETIT'S MOTIONS *IN LIMINE***

PLEASE TAKE NOTICE that, upon the accompanying Motions *in Limine* and supporting exhibit, Defendant Parker H. Petit, by and through his undersigned attorneys, hereby moves for an Order granting these Motions *in Limine* to exclude certain categories of evidence at trial.

[SIGNATURE BLOCK ON NEXT PAGE]

1

Dated: October 5, 2020

    Respectfully submitted,

    /s/ *Eric B. Bruce*
    Eric B. Bruce
    Jennifer B. Loeb
    Altin H. Sila
    Freshfields Bruckhaus Deringer US LLP
    700 13th Street, NW
    10th Floor
    Washington, DC 20005
    Telephone: (202) 777-4577
    Email: Eric.Bruce@freshfields.com
    Email: Jennifer.Loeb@freshfields.com
    Email: Altin.Sila@freshfields.com

    Matthew I. Menchel
    Amanda N. Tuminelli
    Kobre & Kim LLP
    800 Third Avenue
    6th Floor
    New York, NY 10022
    Telephone: (212) 488-1200
    Email: Matthew.Menchel@kobrekim.com
    Email: Amanda.Tuminelli@kobrekim.com

    *Attorneys for Parker H. Petit*