UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA      :
                              :
     – v. –                   :
                              :     19 Cr. 850 (JSR)
PARKER H. PETIT and WILLIAM TAYLOR,  :
                              :
          Defendants.         :
------------------------------------------------------------- x

[Proposed] Order

I hereby authorize the defendants in the above-captioned matter to use the equipment listed below to supplement the existing technology in the courtroom for the duration of the trial proceedings set to begin on October 26, 2020. Defendants can proceed to make arrangements with the District Executive Office of the Court and William Jarrett of the Courtroom Technology department regarding installation.

| Courtroom Technology | Description | Qt. |
|---|---|---|
| Trial Laptops | Laptops for real-time transcript feed | 2 |
| ~~Flat Panel Monitor~~ | ~~Widescreen monitor for trial presentation consultants~~ | ~~1~~ |
| Switches | A/V Input Switches | 2 |
| ~~A/V Table w/Skirt~~ | ~~Tech table for trial presentation consultants~~ | ~~1~~ |
| Cabling | Cabling for installation | Bulk |

SO ORDERED:

___10/14/20___
Date

_____
United States District Judge Jed S. Rakoff