UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
----------------------------------------------------------x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __United States v. Parker H. Petit & William Taylor_____, No. __19-cr-850__.

The date(s) for which such authorization is provided is (are) __10/26/2020 - 12/18/2020__.

| Attorney | Device(s) |
|---|---|
| 1. SEE ATTACHED | |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: __10/14/20__

_____
United States Judge

Revised: February 26, 2014

Electronic Device Request Attachment Form

| **LAST, FIRST** | **# OF DEVICES** | **TYPE OF DEVICE** | **REASON FOR DEVICE** |
|---|---|---|---|
| Weinreb, William | 2 | 1 Laptop Computer and 1 Phone | Defendant's Attorney. Trial - *United States v. Parker H. Petit & William Taylor*, 19-cr-00850 (JSR) |
| Burck, William | 3 | 1 Laptop Computer, 1 Cellular Phone, and 1 iPad | Defendant's Attorney. Trial - *United States v. Parker H. Petit & William Taylor*, 19-cr-00850 (JSR) |
| Packard, Michael | 2 | 1 Laptop Computer and 1 Cellular Phone | Defendant's Attorney. Trial - *United States v. Parker H. Petit & William Taylor*, 19-cr-00850 (JSR) |
| Koffmann, Daniel | 3 | 1 Laptop Computer, 1 Cellular Phone, and 1 iPad | Defendant's Attorney. Trial - *United States v. Parker H. Petit & William Taylor*, 19-cr-00850 (JSR) |
| Marini, Kathleen | 2 | 1 Laptop Computer and 1 Cellular Phone | Defendant's Attorney. Trial - *United States v. Parker H. Petit & William Taylor*, 19-cr-00850 (JSR) |
| Grady, Danesha | 2 | 1 Laptop Computer and 1 Cellular Phone | Defendant's Attorney. Trial - *United States v. Parker H. Petit & William Taylor*, 19-cr-00850 (JSR) |
| Cates, Anastacia | 2 | 1 Laptop Computer and 1 Cellular Phone | Defendant's Trial Paralegal. Trial - *United States v. Parker H. Petit & William Taylor*, 19-cr-00850 (JSR) |
| Mooneyham, Patricia | 2 | 1 Laptop Computer and 1 Cellular Phone | Defendant's Trial Secretary. Trial - *United States v. Parker H. Petit & William Taylor*, 19-cr-00850 (JSR) |
| McLeod, Raymond | 3 | 2 Laptop Computers 1 Cellular Phone | Trial Consultant. Trial - *United States v. Parker H. Petit & William Taylor*, 19-cr-00850 (JSR) |
| Herrity, James | 3 | 2 Laptop Computers 1 Cellular Phone | Trial Consultant. Trial - *United States v. Parker H. Petit & William Taylor*, 19-cr-00850 (JSR) |