UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __United States v. Parker H. Petit & William Taylor_____, No. __19-cr-850__.

The date(s) for which such authorization is provided is (are) __10/26/2020 - 12/18/2020__.

| Attorney | Device(s) |
|---|---|
| 1. SEE ATTACHED | |
| 2. | |
| 3. | |

(Attach Extra Sheet If Needed)

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: __10/14/20__

_____
United States Judge

Revised: February 26, 2014

Electronic Device Request Attachment Form

*United States v. Parker H. Petit & William Taylor,* 19-cr-00850 (JSR)

*Counsel does not plan for those listed below to attend each day of trial. Due to the length of the trial and the circumstances of Covid-19, counsel has included any member of the trial team who may need to enter the courthouse at some point during trial.

| LAST, FIRST | # OF DEVICES | TYPE OF DEVICE | REASON FOR DEVICE |
|---|---|---|---|
| Bruce, Eric | 3 | 1 Laptop<br>1 Tablet<br>1 Cellular Phone | Defendant's Attorney |
| Menchel, Matthew | 3 | 1 Laptop<br>1 Tablet<br>1 Cellular Phone | Defendant's Attorney |
| Loeb, Jennifer | 3 | 1 Laptop<br>1 Tablet<br>1 Cellular Phone | Defendant's Attorney |
| Tuminelli, Amanda | 3 | 1 Laptop<br>1 Tablet<br>1 Cellular Phone | Defendant's Attorney |
| Caruana, Sarah | 3 | 1 Laptop<br>1 Tablet<br>1 Cellular Phone | Defendant's Attorney |
| Simeone, Justin | 3 | 1 Laptop<br>1 Tablet<br>1 Cellular Phone | Defendant's Attorney |
| Sila, Altin | 3 | 1 Laptop<br>1 Tablet<br>1 Cellular Phone | Defendant's Attorney |
| Byrnes, Karen | 2 | 1 Laptop<br>1 Cellular Phone | Defendant's Attorney |
| Rosa, Darleny<br>Schwartz, Jacob | 2 | 1 Laptop<br>1 Cellular Phone | Analysts |
| Stewart, Lindsay<br>Langsdorf, Timothy<br>Cegielski, Viktoria<br>Ashley, Ethan | 2 | 1 Laptop<br>1 Cellular Phone | Paralegals |
| Fitzgerald, Peter<br>O'Neill, Leslie<br>Kadeem Baker | 2 | 1 Laptop<br>1 Cellular Phone | Trial Consultants |