UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA        :
                                :
        – v. –                  :
                                :   19 Cr. 850 (JSR)
PARKER H. PETIT and WILLIAM TAYLOR,  :
                                :
            Defendants.         :
------------------------------------------------------------- x

## ~~[Proposed]~~ Order

I hereby authorize Courtroom Connect, a Southern District of New York contracted vendor, to provide the parties in the *United States v. Parker H. Petit and William Taylor,* 19-cr-00850 (JSR) with internet connectivity, including permission to bring external internet router to the Court, as well as Remote Real Time transcript feed that can be viewed by Court authorized individuals outside of the courthouse for the duration of the proceedings set to begin on October 26, 2020. Courtroom Connect can proceed to make arrangements with the District Executive Office of the Court. The approved attorneys and staff on the case may bring in the necessary electronic devices to connect to the Courtroom Connect Service.

SO ORDERED:

_____10/14/20_____
Date

_____
United States District Judge Jed S. Rakoff