UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

PARKER H. PETIT and WILLIAM TAYLOR,

Defendants.

No. 19 Cr. 850 (JSR)

---

## [PROPOSED] PROTECTIVE ORDER

On February 6, 2020, the Court entered an order ("February 6 Order") relating to a claim of work product asserted by Non-Party MiMedx Group, Inc. ("MiMedx"). In the February 6 Order, the Court found that MiMedx had not waived work-product protection over three documents inadvertently produced to the staff of the Securities and Exchange Commission ("SEC") by MiMedx's former auditing firm, Ernst & Young ("EY"), and subsequently produced to Defendants in discovery in this case. Nonetheless, the Court found that Defendants had demonstrated a substantial need for portions of the inadvertently produced document containing fact work product but ordered those documents redacted to remove opinion work product, including MiMedx's counsel's mental impressions, opinions, conclusions, and legal advice.

MiMedx has since reviewed EY's production to the SEC staff and identified 283 additional documents containing MiMedx work product that EY inadvertently produced and did not make available to MiMedx for review prior to their production to the SEC staff. Of those 283 documents, 48 contain opinion work product. The remaining 235 documents contain MiMedx's fact work product, for which the Court has already found that Defendants have demonstrated a substantial need to discover. MiMedx now moves for a protective order under Federal Rule of Criminal Procedure 16(d) and Federal Rule of Evidence 502(d). The

Government and Defendants do not object to MiMedx's motion. Accordingly, the Court GRANTS MiMedx's motion and finds that there is good cause to ORDER as follows:

1. This Order is entered pursuant to Federal Rule of Evidence 502(d). The Court finds that EY's inadvertent production of MiMedx work product in this litigation did not waive MiMedx's protections under the work-product doctrine. Accordingly, the production and use of any inadvertently produced documents containing work product for which Defendants have demonstrated a substantial need will not constitute or be deemed a waiver or forfeiture—in this or any other action—of any claim of work-product protection that MiMedx would otherwise be entitled to assert.

2. The Court finds that the documents set forth in Exhibit A contain MiMedx's work product and that MiMedx has not waived its protections with respect to those documents under the work-product doctrine. The Court further finds that, as to the documents or portions of documents listed in Exhibit A containing only MiMedx's fact work product, Defendants have demonstrated a substantial need for that information for the reasons set forth in the Court's February 6 Order.

3. Within seven days, MiMedx shall serve on all parties redacted versions of all documents set forth in Exhibit B, after having redacted all passages containing or reflecting the mental impressions, conclusions, opinions, or legal theories of MiMedx and/or its attorneys and consultants retained by its attorneys or other representatives concerning litigation involving MiMedx. Pursuant to Rule 502(d), MiMedx's production of redacted versions of the documents in Exhibit B shall not constitute a waiver of any claim of work-product protection in this or any other action.

4.   All documents contained in Exhibit A, including redacted versions of the documents contained in Exhibit B, shall be designated as Confidential Discovery Material. The Confidential Discovery Material shall not be used for any purpose unrelated to this litigation or the civil enforcement action, *S.E.C. v. MiMedx Group, Inc., et al.*, 19-cv-10927 (NRB) (S.D.N.Y.) ("SEC action"). No person subject to this Order other than MiMedx shall disclose the Confidential Discovery material to any other person whomsoever, except to:

a)   the parties to this action and SEC action;

b)   counsel retained specifically for this action or the SEC action, including any paralegal, clerical, or other assistant employed by such counsel and assigned to this matter;

c)   as to any document, its author, its addressee, and any other person indicated on the face of the document as having received a copy;

d)   any witness whom counsel for a party in good faith believes may be called to testify at trial or deposition in this action or the SEC action, provided such person has first executed a Non-Disclosure Agreement in the form annexed as Exhibit C hereto;

e)   any person retained by a party to serve as an expert witness or otherwise provide specialized advice to counsel in connection with this action or the SEC action, provided such person has first executed a Non-Disclosure Agreement in the form annexed as an Exhibit hereto;

f)   stenographers engaged to transcribe testimony taken in this action or the SEC action; or

g)   the Court and its support personnel.

5. All Confidential Discovery Material or portions of pleadings, motions, or other papers filed with the Court that disclose Confidential Discovery Material, in whole or part, shall be filed under seal with the Clerk of the Court and kept under seal until further order of the Court. The parties will use their best efforts to minimize such sealing. In any event, any party filing a motion or any other papers with the Court under seal shall also publicly file a redacted copy of the same, via the Court's Electronic Case Filing system, that redacts only the information contained in the Confidential Discovery Material, and not text that in no material way reveals the contents of Confidential Discovery Material.

6. Any party who objects to the confidential treatment of any Confidential Discovery Material, may at any time prior to the trial of this action or the SEC action serve upon counsel for MiMedx a written notice stating with particularity the grounds of the objection or request. If agreement cannot be reached promptly, counsel for all affected persons will convene a joint telephone call with the Court to obtain a ruling.

7. All persons are hereby placed on notice that the Court is unlikely to seal or otherwise afford confidential treatment to any document or information contained in a document that is introduced in evidence at trial, even if such material has previously been sealed or designated as Confidential. The Court also retains unfettered discretion whether to afford confidential treatment to any document or information contained in any document submitted to the Court in connection with any motion, application, or proceeding that may result in an order and/or decision by the Court.

8. Each person who has access to the Confidential Discovery Material shall take all due precautions to prevent the unauthorized or inadvertent disclosure of such material.

9. This Protective Order shall survive the termination of the litigation. Within 30 days of the final disposition of this action or the SEC action, whichever date is later, all Confidential Discovery Material shall be promptly returned to MiMedx or destroyed.

10. This Court shall retain jurisdiction over all persons subject to this Order to the extent necessary to enforce any obligations arising hereunder or to impose sanctions for any contempt thereof.

SO ORDERED

_____
The Hon. Jed S. Rakoff
U.S. District Judge

DATED:    New York, New York
          October 22, 2020

## EXHIBIT A

| Beginning Bates Number | Ending Bates Number |
|---|---|
| EY-MDXG-CUST-AB-000309 | EY-MDXG-CUST-AB-000316 |
| EY-MDXG-CUST-AB-000317 | EY-MDXG-CUST-AB-000317 |
| EY-MDXG-CUST-AB-000318 | EY-MDXG-CUST-AB-000318 |
| EY-MDXG-CUST-AB-000319 | EY-MDXG-CUST-AB-000319 |
| EY-MDXG-CUST-AB-000676 | EY-MDXG-CUST-AB-000683 |
| EY-MDXG-CUST-AB-000730 | EY-MDXG-CUST-AB-000732 |
| EY-MDXG-CUST-AB-000839 | EY-MDXG-CUST-AB-000841 |
| EY-MDXG-CUST-AB-000935 | EY-MDXG-CUST-AB-000941 |
| EY-MDXG-CUST-AB-000952 | EY-MDXG-CUST-AB-000971 |
| EY-MDXG-CUST-AB-000972 | EY-MDXG-CUST-AB-000972 |
| EY-MDXG-CUST-AB-001005 | EY-MDXG-CUST-AB-001005 |
| EY-MDXG-CUST-AB-001022 | EY-MDXG-CUST-AB-001042 |
| EY-MDXG-CUST-AB-001047 | EY-MDXG-CUST-AB-001050 |
| EY-MDXG-CUST-AB-001083 | EY-MDXG-CUST-AB-001083 |
| EY-MDXG-CUST-AB-001085 | EY-MDXG-CUST-AB-001091 |
| EY-MDXG-CUST-AB-001092 | EY-MDXG-CUST-AB-001092 |
| EY-MDXG-CUST-AB-001093 | EY-MDXG-CUST-AB-001093 |
| EY-MDXG-CUST-AB-001158 | EY-MDXG-CUST-AB-001158 |
| EY-MDXG-CUST-AB-001159 | EY-MDXG-CUST-AB-001159 |
| EY-MDXG-CUST-AB-001185 | EY-MDXG-CUST-AB-001185 |
| EY-MDXG-CUST-AB-001192 | EY-MDXG-CUST-AB-001192 |
| EY-MDXG-CUST-AB-001197 | EY-MDXG-CUST-AB-001198 |
| EY-MDXG-CUST-AB-001213 | EY-MDXG-CUST-AB-001216 |
| EY-MDXG-CUST-AB-001217 | EY-MDXG-CUST-AB-001218 |
| EY-MDXG-CUST-AB-001223 | EY-MDXG-CUST-AB-001224 |
| EY-MDXG-CUST-AB-001225 | EY-MDXG-CUST-AB-001226 |
| EY-MDXG-CUST-AB-001227 | EY-MDXG-CUST-AB-001227 |
| EY-MDXG-CUST-AB-001228 | EY-MDXG-CUST-AB-001230 |
| EY-MDXG-CUST-AB-001231 | EY-MDXG-CUST-AB-001240 |
| EY-MDXG-CUST-AB-001241 | EY-MDXG-CUST-AB-001241 |
| EY-MDXG-CUST-AB-001242 | EY-MDXG-CUST-AB-001242 |
| EY-MDXG-CUST-AB-001264 | EY-MDXG-CUST-AB-001264 |
| EY-MDXG-CUST-AB-001314 | EY-MDXG-CUST-AB-001317 |
| EY-MDXG-CUST-AB-001323 | EY-MDXG-CUST-AB-001326 |
| EY-MDXG-CUST-AB-001327 | EY-MDXG-CUST-AB-001329 |
| EY-MDXG-CUST-AB-001340 | EY-MDXG-CUST-AB-001341 |
| EY-MDXG-CUST-AB-001342 | EY-MDXG-CUST-AB-001349 |
| EY-MDXG-CUST-AB-001350 | EY-MDXG-CUST-AB-001357 |
| EY-MDXG-CUST-AB-001358 | EY-MDXG-CUST-AB-001365 |
| EY-MDXG-CUST-AB-001366 | EY-MDXG-CUST-AB-001373 |

| Beginning Bates Number | Ending Bates Number |
|---|---|
| EY-MDXG-CUST-AB-001374 | EY-MDXG-CUST-AB-001381 |
| EY-MDXG-CUST-AB-001382 | EY-MDXG-CUST-AB-001383 |
| EY-MDXG-CUST-AB-001384 | EY-MDXG-CUST-AB-001385 |
| EY-MDXG-CUST-AB-001399 | EY-MDXG-CUST-AB-001400 |
| EY-MDXG-CUST-AB-001401 | EY-MDXG-CUST-AB-001402 |
| EY-MDXG-CUST-AB-001403 | EY-MDXG-CUST-AB-001413 |
| EY-MDXG-CUST-AB-001414 | EY-MDXG-CUST-AB-001414 |
| EY-MDXG-CUST-AB-001417 | EY-MDXG-CUST-AB-001418 |
| EY-MDXG-CUST-AB-001426 | EY-MDXG-CUST-AB-001427 |
| EY-MDXG-CUST-AB-001428 | EY-MDXG-CUST-AB-001429 |
| EY-MDXG-CUST-AB-001430 | EY-MDXG-CUST-AB-001431 |
| EY-MDXG-CUST-AB-001432 | EY-MDXG-CUST-AB-001433 |
| EY-MDXG-CUST-AB-001444 | EY-MDXG-CUST-AB-001447 |
| EY-MDXG-CUST-AB-001450 | EY-MDXG-CUST-AB-001450 |
| EY-MDXG-CUST-AB-001451 | EY-MDXG-CUST-AB-001473 |
| EY-MDXG-CUST-JH-000517 | EY-MDXG-CUST-JH-000597 |
| EY-MDXG-CUST-JH-000676 | EY-MDXG-CUST-JH-000775 |
| EY-MDXG-CUST-JH-001133 | EY-MDXG-CUST-JH-001146 |
| EY-MDXG-CUST-JH-001852 | EY-MDXG-CUST-JH-001853 |
| EY-MDXG-CUST-JH-005351 | EY-MDXG-CUST-JH-005351 |
| EY-MDXG-CUST-JH-005352 | EY-MDXG-CUST-JH-005353 |
| EY-MDXG-CUST-JH-005358 | EY-MDXG-CUST-JH-005358 |
| EY-MDXG-CUST-JH-005359 | EY-MDXG-CUST-JH-005360 |
| EY-MDXG-CUST-JH-005375 | EY-MDXG-CUST-JH-005375 |
| EY-MDXG-CUST-JH-005376 | EY-MDXG-CUST-JH-005376 |
| EY-MDXG-CUST-JH-005377 | EY-MDXG-CUST-JH-005377 |
| EY-MDXG-CUST-JH-005386 | EY-MDXG-CUST-JH-005386 |
| EY-MDXG-CUST-JH-005388 | EY-MDXG-CUST-JH-005390 |
| EY-MDXG-CUST-JH-005393 | EY-MDXG-CUST-JH-005393 |
| EY-MDXG-CUST-JH-005395 | EY-MDXG-CUST-JH-005395 |
| EY-MDXG-CUST-JH-005397 | EY-MDXG-CUST-JH-005397 |
| EY-MDXG-CUST-JH-005400 | EY-MDXG-CUST-JH-005400 |
| EY-MDXG-CUST-JH-005405 | EY-MDXG-CUST-JH-005405 |
| EY-MDXG-CUST-JH-005409 | EY-MDXG-CUST-JH-005409 |
| EY-MDXG-CUST-JH-005411 | EY-MDXG-CUST-JH-005412 |
| EY-MDXG-CUST-JH-005416 | EY-MDXG-CUST-JH-005416 |
| EY-MDXG-CUST-JH-005417 | EY-MDXG-CUST-JH-005417 |
| EY-MDXG-CUST-JH-005418 | EY-MDXG-CUST-JH-005418 |
| EY-MDXG-CUST-JH-005419 | EY-MDXG-CUST-JH-005419 |
| EY-MDXG-CUST-JH-005485 | EY-MDXG-CUST-JH-005485 |
| EY-MDXG-CUST-JH-005486 | EY-MDXG-CUST-JH-005486 |
| EY-MDXG-CUST-JH-005487 | EY-MDXG-CUST-JH-005488 |

| Beginning Bates Number | Ending Bates Number |
|---|---|
| EY-MDXG-CUST-JH-005492 | EY-MDXG-CUST-JH-005492 |
| EY-MDXG-CUST-JH-005493 | EY-MDXG-CUST-JH-005493 |
| EY-MDXG-CUST-JH-005494 | EY-MDXG-CUST-JH-005494 |
| EY-MDXG-CUST-JH-005495 | EY-MDXG-CUST-JH-005495 |
| EY-MDXG-CUST-JH-005496 | EY-MDXG-CUST-JH-005496 |
| EY-MDXG-CUST-JH-005497 | EY-MDXG-CUST-JH-005497 |
| EY-MDXG-CUST-JH-005498 | EY-MDXG-CUST-JH-005498 |
| EY-MDXG-CUST-JH-005499 | EY-MDXG-CUST-JH-005499 |
| EY-MDXG-CUST-JH-005500 | EY-MDXG-CUST-JH-005500 |
| EY-MDXG-CUST-JH-005501 | EY-MDXG-CUST-JH-005501 |
| EY-MDXG-CUST-JH-005502 | EY-MDXG-CUST-JH-005504 |
| EY-MDXG-CUST-JH-005505 | EY-MDXG-CUST-JH-005511 |
| EY-MDXG-CUST-JH-005514 | EY-MDXG-CUST-JH-005519 |
| EY-MDXG-CUST-JH-005520 | EY-MDXG-CUST-JH-005520 |
| EY-MDXG-CUST-JH-005521 | EY-MDXG-CUST-JH-005521 |
| EY-MDXG-CUST-JH-005522 | EY-MDXG-CUST-JH-005531 |
| EY-MDXG-CUST-JH-005532 | EY-MDXG-CUST-JH-005541 |
| EY-MDXG-CUST-JH-005587 | EY-MDXG-CUST-JH-005589 |
| EY-MDXG-CUST-JH-005590 | EY-MDXG-CUST-JH-005593 |
| EY-MDXG-CUST-JH-005594 | EY-MDXG-CUST-JH-005597 |
| EY-MDXG-CUST-JH-005598 | EY-MDXG-CUST-JH-005605 |
| EY-MDXG-CUST-JH-005606 | EY-MDXG-CUST-JH-005606 |
| EY-MDXG-CUST-JH-005626 | EY-MDXG-CUST-JH-005629 |
| EY-MDXG-CUST-JH-005630 | EY-MDXG-CUST-JH-005633 |
| EY-MDXG-CUST-JH-005634 | EY-MDXG-CUST-JH-005637 |
| EY-MDXG-CUST-JH-005638 | EY-MDXG-CUST-JH-005644 |
| EY-MDXG-CUST-JH-005645 | EY-MDXG-CUST-JH-005651 |
| EY-MDXG-CUST-JH-005652 | EY-MDXG-CUST-JH-005655 |
| EY-MDXG-CUST-JH-005660 | EY-MDXG-CUST-JH-005660 |
| EY-MDXG-CUST-JH-005661 | EY-MDXG-CUST-JH-005661 |
| EY-MDXG-CUST-JH-005662 | EY-MDXG-CUST-JH-005662 |
| EY-MDXG-CUST-JH-005663 | EY-MDXG-CUST-JH-005663 |
| EY-MDXG-CUST-JH-005670 | EY-MDXG-CUST-JH-005677 |
| EY-MDXG-CUST-JH-005678 | EY-MDXG-CUST-JH-005737 |
| EY-MDXG-CUST-JH-006344 | EY-MDXG-CUST-JH-006347 |
| EY-MDXG-CUST-JH-006357 | EY-MDXG-CUST-JH-006360 |
| EY-MDXG-CUST-JH-006361 | EY-MDXG-CUST-JH-006372 |
| EY-MDXG-CUST-JH-006411 | EY-MDXG-CUST-JH-006411 |
| EY-MDXG-CUST-JH-006448 | EY-MDXG-CUST-JH-006449 |
| EY-MDXG-CUST-JH-007139 | EY-MDXG-CUST-JH-007141 |
| EY-MDXG-CUST-JH-007152 | EY-MDXG-CUST-JH-007166 |
| EY-MDXG-CUST-JH-007174 | EY-MDXG-CUST-JH-007174 |

| Beginning Bates Number | Ending Bates Number |
|---|---|
| EY-MDXG-CUST-JH-007184 | EY-MDXG-CUST-JH-007184 |
| EY-MDXG-CUST-JH-007221 | EY-MDXG-CUST-JH-007221 |
| EY-MDXG-CUST-JH-007234 | EY-MDXG-CUST-JH-007235 |
| EY-MDXG-CUST-JH-007287 | EY-MDXG-CUST-JH-007291 |
| EY-MDXG-CUST-JH-009196 | EY-MDXG-CUST-JH-009198 |
| EY-MDXG-CUST-JH-009199 | EY-MDXG-CUST-JH-009199 |
| EY-MDXG-CUST-JH-009200 | EY-MDXG-CUST-JH-009200 |
| EY-MDXG-CUST-JH-009205 | EY-MDXG-CUST-JH-009207 |
| EY-MDXG-CUST-JH-009210 | EY-MDXG-CUST-JH-009210 |
| EY-MDXG-CUST-JH-009213 | EY-MDXG-CUST-JH-009214 |
| EY-MDXG-CUST-JH-009217 | EY-MDXG-CUST-JH-009218 |
| EY-MDXG-CUST-JH-009219 | EY-MDXG-CUST-JH-009219 |
| EY-MDXG-CUST-JH-009224 | EY-MDXG-CUST-JH-009246 |
| EY-MDXG-CUST-JH-009266 | EY-MDXG-CUST-JH-009266 |
| EY-MDXG-CUST-JH-009278 | EY-MDXG-CUST-JH-009278 |
| EY-MDXG-CUST-JH-009280 | EY-MDXG-CUST-JH-009280 |
| EY-MDXG-CUST-JH-009284 | EY-MDXG-CUST-JH-009287 |
| EY-MDXG-CUST-JH-009290 | EY-MDXG-CUST-JH-009309 |
| EY-MDXG-CUST-JH-009312 | EY-MDXG-CUST-JH-009312 |
| EY-MDXG-CUST-JH-009313 | EY-MDXG-CUST-JH-009332 |
| EY-MDXG-CUST-JH-009340 | EY-MDXG-CUST-JH-009347 |
| EY-MDXG-CUST-JH-009348 | EY-MDXG-CUST-JH-009349 |
| EY-MDXG-CUST-JH-009350 | EY-MDXG-CUST-JH-009350 |
| EY-MDXG-CUST-JH-009351 | EY-MDXG-CUST-JH-009353 |
| EY-MDXG-CUST-JH-009354 | EY-MDXG-CUST-JH-009355 |
| EY-MDXG-CUST-JH-009356 | EY-MDXG-CUST-JH-009363 |
| EY-MDXG-CUST-JH-009364 | EY-MDXG-CUST-JH-009371 |
| EY-MDXG-CUST-JH-009372 | EY-MDXG-CUST-JH-009372 |
| EY-MDXG-CUST-JH-009373 | EY-MDXG-CUST-JH-009375 |
| EY-MDXG-CUST-JH-009376 | EY-MDXG-CUST-JH-009380 |
| EY-MDXG-CUST-JH-009381 | EY-MDXG-CUST-JH-009386 |
| EY-MDXG-CUST-JH-009387 | EY-MDXG-CUST-JH-009392 |
| EY-MDXG-CUST-JH-009393 | EY-MDXG-CUST-JH-009396 |
| EY-MDXG-CUST-JH-009397 | EY-MDXG-CUST-JH-009401 |
| EY-MDXG-CUST-JH-009403 | EY-MDXG-CUST-JH-009403 |
| EY-MDXG-CUST-JH-009404 | EY-MDXG-CUST-JH-009404 |
| EY-MDXG-CUST-JH-009405 | EY-MDXG-CUST-JH-009405 |
| EY-MDXG-CUST-JH-009406 | EY-MDXG-CUST-JH-009407 |
| EY-MDXG-CUST-JH-009408 | EY-MDXG-CUST-JH-009408 |
| EY-MDXG-CUST-JH-009409 | EY-MDXG-CUST-JH-009412 |
| EY-MDXG-CUST-JH-009413 | EY-MDXG-CUST-JH-009416 |
| EY-MDXG-CUST-JH-009417 | EY-MDXG-CUST-JH-009417 |

| Beginning Bates Number | Ending Bates Number |
|---|---|
| EY-MDXG-CUST-JH-009418 | EY-MDXG-CUST-JH-009419 |
| EY-MDXG-CUST-JH-009420 | EY-MDXG-CUST-JH-009420 |
| EY-MDXG-CUST-JH-009421 | EY-MDXG-CUST-JH-009421 |
| EY-MDXG-CUST-JH-009422 | EY-MDXG-CUST-JH-009425 |
| EY-MDXG-CUST-JH-009426 | EY-MDXG-CUST-JH-009430 |
| EY-MDXG-CUST-JH-009431 | EY-MDXG-CUST-JH-009431 |
| EY-MDXG-CUST-JH-009432 | EY-MDXG-CUST-JH-009432 |
| EY-MDXG-CUST-JH-009433 | EY-MDXG-CUST-JH-009433 |
| EY-MDXG-CUST-JH-009434 | EY-MDXG-CUST-JH-009434 |
| EY-MDXG-CUST-JH-009435 | EY-MDXG-CUST-JH-009436 |
| EY-MDXG-CUST-JH-009437 | EY-MDXG-CUST-JH-009437 |
| EY-MDXG-CUST-JH-009438 | EY-MDXG-CUST-JH-009438 |
| EY-MDXG-CUST-JH-009439 | EY-MDXG-CUST-JH-009440 |
| EY-MDXG-CUST-JH-009441 | EY-MDXG-CUST-JH-009442 |
| EY-MDXG-CUST-JH-009443 | EY-MDXG-CUST-JH-009443 |
| EY-MDXG-CUST-JH-009444 | EY-MDXG-CUST-JH-009444 |
| EY-MDXG-CUST-JH-009445 | EY-MDXG-CUST-JH-009445 |
| EY-MDXG-CUST-JH-009446 | EY-MDXG-CUST-JH-009446 |
| EY-MDXG-CUST-JH-009447 | EY-MDXG-CUST-JH-009447 |
| EY-MDXG-CUST-JH-009448 | EY-MDXG-CUST-JH-009452 |
| EY-MDXG-CUST-JH-009453 | EY-MDXG-CUST-JH-009454 |
| EY-MDXG-CUST-JH-009455 | EY-MDXG-CUST-JH-009459 |
| EY-MDXG-CUST-JH-009461 | EY-MDXG-CUST-JH-009464 |
| EY-MDXG-CUST-JH-009472 | EY-MDXG-CUST-JH-009474 |
| EY-MDXG-CUST-JH-009477 | EY-MDXG-CUST-JH-009482 |
| EY-MDXG-CUST-JH-009483 | EY-MDXG-CUST-JH-009489 |
| EY-MDXG-CUST-JH-009490 | EY-MDXG-CUST-JH-009491 |
| EY-MDXG-CUST-JH-009492 | EY-MDXG-CUST-JH-009492 |
| EY-MDXG-CUST-JH-009493 | EY-MDXG-CUST-JH-009496 |
| EY-MDXG-CUST-JH-009497 | EY-MDXG-CUST-JH-009497 |
| EY-MDXG-CUST-JH-009499 | EY-MDXG-CUST-JH-009504 |
| EY-MDXG-CUST-JH-009505 | EY-MDXG-CUST-JH-009510 |
| EY-MDXG-CUST-JH-009511 | EY-MDXG-CUST-JH-009517 |
| EY-MDXG-CUST-JH-009518 | EY-MDXG-CUST-JH-009521 |
| EY-MDXG-CUST-JH-009522 | EY-MDXG-CUST-JH-009522 |
| EY-MDXG-CUST-JH-009523 | EY-MDXG-CUST-JH-009523 |
| EY-MDXG-CUST-JH-009524 | EY-MDXG-CUST-JH-009525 |
| EY-MDXG-CUST-JH-009526 | EY-MDXG-CUST-JH-009531 |
| EY-MDXG-CUST-JH-009532 | EY-MDXG-CUST-JH-009532 |
| EY-MDXG-CUST-JH-009533 | EY-MDXG-CUST-JH-009537 |
| EY-MDXG-CUST-JH-009538 | EY-MDXG-CUST-JH-009555 |
| EY-MDXG-CUST-JH-009556 | EY-MDXG-CUST-JH-009572 |

| Beginning Bates Number | Ending Bates Number |
|---|---|
| EY-MDXG-CUST-JH-009573 | EY-MDXG-CUST-JH-009574 |
| EY-MDXG-CUST-JH-009575 | EY-MDXG-CUST-JH-009591 |
| EY-MDXG-CUST-JH-009592 | EY-MDXG-CUST-JH-009599 |
| EY-MDXG-CUST-JH-009600 | EY-MDXG-CUST-JH-009609 |
| EY-MDXG-CUST-JH-009610 | EY-MDXG-CUST-JH-009616 |
| EY-MDXG-CUST-JH-009617 | EY-MDXG-CUST-JH-009617 |
| EY-MDXG-CUST-JH-009618 | EY-MDXG-CUST-JH-009625 |
| EY-MDXG-CUST-JH-009626 | EY-MDXG-CUST-JH-009631 |
| EY-MDXG-CUST-JH-009632 | EY-MDXG-CUST-JH-009633 |
| EY-MDXG-CUST-JH-009634 | EY-MDXG-CUST-JH-009634 |
| EY-MDXG-CUST-JH-009635 | EY-MDXG-CUST-JH-009635 |
| EY-MDXG-CUST-JH-009636 | EY-MDXG-CUST-JH-009640 |
| EY-MDXG-CUST-JH-009641 | EY-MDXG-CUST-JH-009645 |
| EY-MDXG-CUST-JH-009646 | EY-MDXG-CUST-JH-009650 |
| EY-MDXG-CUST-JH-009651 | EY-MDXG-CUST-JH-009651 |
| EY-MDXG-CUST-JH-009667 | EY-MDXG-CUST-JH-009670 |
| EY-MDXG-CUST-JH-009677 | EY-MDXG-CUST-JH-009677 |
| EY-MDXG-CUST-JH-009686 | EY-MDXG-CUST-JH-009686 |
| EY-MDXG-CUST-JH-009687 | EY-MDXG-CUST-JH-009695 |
| EY-MDXG-CUST-JH-009696 | EY-MDXG-CUST-JH-009698 |
| EY-MDXG-CUST-JH-009699 | EY-MDXG-CUST-JH-009708 |
| EY-MDXG-CUST-JH-009709 | EY-MDXG-CUST-JH-009716 |
| EY-MDXG-CUST-JH-009717 | EY-MDXG-CUST-JH-009728 |
| EY-MDXG-CUST-JH-009730 | EY-MDXG-CUST-JH-009731 |
| EY-MDXG-CUST-JH-009732 | EY-MDXG-CUST-JH-009734 |
| EY-MDXG-CUST-JH-009735 | EY-MDXG-CUST-JH-009739 |
| EY-MDXG-CUST-JH-009740 | EY-MDXG-CUST-JH-009742 |
| EY-MDXG-CUST-JH-009743 | EY-MDXG-CUST-JH-009745 |
| EY-MDXG-CUST-JH-009787 | EY-MDXG-CUST-JH-009789 |
| EY-MDXG-CUST-JH-009790 | EY-MDXG-CUST-JH-009792 |
| EY-MDXG-CUST-JH-009813 | EY-MDXG-CUST-JH-009813 |
| EY-MDXG-CUST-JH-009821 | EY-MDXG-CUST-JH-009839 |
| EY-MDXG-CUST-JH-009840 | EY-MDXG-CUST-JH-009859 |
| EY-MDXG-CUST-JH-009862 | EY-MDXG-CUST-JH-009862 |
| EY-MDXG-CUST-JH-009864 | EY-MDXG-CUST-JH-009864 |
| EY-MDXG-CUST-JH-009868 | EY-MDXG-CUST-JH-009868 |
| EY-MDXG-CUST-JH-009869 | EY-MDXG-CUST-JH-009876 |
| EY-MDXG-CUST-JH-009877 | EY-MDXG-CUST-JH-009880 |
| EY-MDXG-CUST-JH-009881 | EY-MDXG-CUST-JH-009883 |
| EY-MDXG-CUST-JH-009884 | EY-MDXG-CUST-JH-009886 |
| EY-MDXG-CUST-JH-009887 | EY-MDXG-CUST-JH-009888 |
| EY-MDXG-CUST-JH-009889 | EY-MDXG-CUST-JH-009889 |

| Beginning Bates Number | Ending Bates Number |
|---|---|
| EY-MDXG-CUST-JH-009892 | EY-MDXG-CUST-JH-009892 |
| EY-MDXG-CUST-JH-009894 | EY-MDXG-CUST-JH-009907 |
| EY-MDXG-CUST-JH-009908 | EY-MDXG-CUST-JH-009920 |
| EY-MDXG-CUST-JH-009921 | EY-MDXG-CUST-JH-009922 |
| EY-MDXG-CUST-JH-009925 | EY-MDXG-CUST-JH-009925 |
| EY-MDXG-CUST-JH-009926 | EY-MDXG-CUST-JH-009926 |
| EY-MDXG-CUST-JH-009927 | EY-MDXG-CUST-JH-009927 |
| EY-MDXG-CUST-JH-009931 | EY-MDXG-CUST-JH-009932 |
| EY-MDXG-CUST-JH-009934 | EY-MDXG-CUST-JH-009939 |
| EY-MDXG-CUST-JH-009940 | EY-MDXG-CUST-JH-009941 |
| EY-MDXG-CUST-JH-009942 | EY-MDXG-CUST-JH-009943 |
| EY-MDXG-CUST-JH-009946 | EY-MDXG-CUST-JH-009946 |
| EY-MDXG-CUST-JH-009947 | EY-MDXG-CUST-JH-009947 |
| EY-MDXG-CUST-JH-009949 | EY-MDXG-CUST-JH-009949 |
| EY-MDXG-CUST-JH-009950 | EY-MDXG-CUST-JH-009950 |
| EY-MDXG-CUST-JH-009953 | EY-MDXG-CUST-JH-009954 |
| EY-MDXG-CUST-JH-009957 | EY-MDXG-CUST-JH-009959 |
| EY-MDXG-CUST-JH-009960 | EY-MDXG-CUST-JH-009961 |
| EY-MDXG-CUST-JH-009962 | EY-MDXG-CUST-JH-009962 |
| EY-MDXG-CUST-JH-009963 | EY-MDXG-CUST-JH-009965 |
| EY-MDXG-CUST-JH-009966 | EY-MDXG-CUST-JH-009968 |
| EY-MDXG-CUST-JH-009973 | EY-MDXG-CUST-JH-009975 |
| EY-MDXG-CUST-JH-010017 | EY-MDXG-CUST-JH-010017 |
| EY-MDXG-CUST-JH-010035 | EY-MDXG-CUST-JH-010045 |
| EY-MDXG-CUST-JH-010048 | EY-MDXG-CUST-JH-010048 |
| EY-MDXG-CUST-JH-010049 | EY-MDXG-CUST-JH-010130 |
| EY-MDXG-CUST-JH-010131 | EY-MDXG-CUST-JH-010218 |
| EY-MDXG-CUST-JH-010219 | EY-MDXG-CUST-JH-010221 |
| EY-MDXG-CUST-JH-010222 | EY-MDXG-CUST-JH-010224 |
| EY-MDXG-CUST-JH-000007 | EY-MDXG-CUST-JH-000010 |
| EY-MDXG-CUST-JH-000005 | EY-MDXG-CUST-JH-000006 |
| EY-MDXG-CUST-JH-000004 | EY-MDXG-CUST-JH-000004 |
| EY-MDXG-CUST-AB-002641 | EY-MDXG-CUST-AB-002770 |

## EXHIBIT B

| Beginning Bates Number | Ending Bates Number |
|---|---|
| EY-MDXG-CUST-AB-000839 | EY-MDXG-CUST-AB-000841 |
| EY-MDXG-CUST-AB-000952 | EY-MDXG-CUST-AB-000971 |
| EY-MDXG-CUST-AB-001022 | EY-MDXG-CUST-AB-001042 |
| EY-MDXG-CUST-AB-001085 | EY-MDXG-CUST-AB-001091 |
| EY-MDXG-CUST-AB-001401 | EY-MDXG-CUST-AB-001402 |
| EY-MDXG-CUST-AB-001450 | EY-MDXG-CUST-AB-001450 |
| EY-MDXG-CUST-JH-000517 | EY-MDXG-CUST-JH-000597 |
| EY-MDXG-CUST-JH-000676 | EY-MDXG-CUST-JH-000775 |
| EY-MDXG-CUST-JH-001852 | EY-MDXG-CUST-JH-001853 |
| EY-MDXG-CUST-JH-005375 | EY-MDXG-CUST-JH-005375 |
| EY-MDXG-CUST-JH-005377 | EY-MDXG-CUST-JH-005377 |
| EY-MDXG-CUST-JH-005485 | EY-MDXG-CUST-JH-005485 |
| EY-MDXG-CUST-JH-005487 | EY-MDXG-CUST-JH-005488 |
| EY-MDXG-CUST-JH-005493 | EY-MDXG-CUST-JH-005493 |
| EY-MDXG-CUST-JH-005494 | EY-MDXG-CUST-JH-005494 |
| EY-MDXG-CUST-JH-005495 | EY-MDXG-CUST-JH-005495 |
| EY-MDXG-CUST-JH-005496 | EY-MDXG-CUST-JH-005496 |
| EY-MDXG-CUST-JH-005500 | EY-MDXG-CUST-JH-005500 |
| EY-MDXG-CUST-JH-005501 | EY-MDXG-CUST-JH-005501 |
| EY-MDXG-CUST-JH-005514 | EY-MDXG-CUST-JH-005519 |
| EY-MDXG-CUST-JH-005670 | EY-MDXG-CUST-JH-005677 |
| EY-MDXG-CUST-JH-009280 | EY-MDXG-CUST-JH-009280 |
| EY-MDXG-CUST-JH-009290 | EY-MDXG-CUST-JH-009309 |
| EY-MDXG-CUST-JH-009313 | EY-MDXG-CUST-JH-009332 |
| EY-MDXG-CUST-JH-009340 | EY-MDXG-CUST-JH-009347 |
| EY-MDXG-CUST-JH-009364 | EY-MDXG-CUST-JH-009371 |
| EY-MDXG-CUST-JH-009381 | EY-MDXG-CUST-JH-009386 |
| EY-MDXG-CUST-JH-009393 | EY-MDXG-CUST-JH-009396 |
| EY-MDXG-CUST-JH-009431 | EY-MDXG-CUST-JH-009431 |
| EY-MDXG-CUST-JH-009477 | EY-MDXG-CUST-JH-009482 |
| EY-MDXG-CUST-JH-009493 | EY-MDXG-CUST-JH-009496 |
| EY-MDXG-CUST-JH-009505 | EY-MDXG-CUST-JH-009510 |
| EY-MDXG-CUST-JH-009511 | EY-MDXG-CUST-JH-009517 |
| EY-MDXG-CUST-JH-009556 | EY-MDXG-CUST-JH-009572 |
| EY-MDXG-CUST-JH-009575 | EY-MDXG-CUST-JH-009591 |
| EY-MDXG-CUST-JH-009600 | EY-MDXG-CUST-JH-009609 |
| EY-MDXG-CUST-JH-009610 | EY-MDXG-CUST-JH-009616 |
| EY-MDXG-CUST-JH-009618 | EY-MDXG-CUST-JH-009625 |
| EY-MDXG-CUST-JH-009626 | EY-MDXG-CUST-JH-009631 |
| EY-MDXG-CUST-JH-009634 | EY-MDXG-CUST-JH-009634 |

| Beginning Bates Number | Ending Bates Number |
|---|---|
| EY-MDXG-CUST-JH-009717 | EY-MDXG-CUST-JH-009728 |
| EY-MDXG-CUST-JH-009821 | EY-MDXG-CUST-JH-009839 |
| EY-MDXG-CUST-JH-009840 | EY-MDXG-CUST-JH-009859 |
| EY-MDXG-CUST-JH-009931 | EY-MDXG-CUST-JH-009932 |
| EY-MDXG-CUST-JH-009942 | EY-MDXG-CUST-JH-009943 |
| EY-MDXG-CUST-JH-009973 | EY-MDXG-CUST-JH-009975 |
| EY-MDXG-CUST-AB-002641 | EY-MDXG-CUST-AB-002770 |

**EXHIBIT C**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 19 Cr. 850 (JSR) |
| PARKER H. PETIT and WILLIAM TAYLOR, | |
| Defendants. | |

**NON-DISCLOSURE AGREEMENT**

I, _____, acknowledge that I have read and understand the Protective Order dated _____ in this action governing the non-disclosure of the Confidential Discovery Material. I agree that I will not disclose such Confidential Discovery Material to anyone other than for purposes of this litigation and that at the conclusion of the litigation I will return all discovery information to the party or attorney from whom I received it. By acknowledging these obligations under the Protective Order, I understand that I am submitting myself to the jurisdiction of the United States District Court for the Southern District of New York for the purpose of any issue or dispute arising hereunder and that my willful violation of any term of the Protective Order could subject me to punishment for contempt of Court.

Dated: _____       _____