```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :    19-cr-850 (JSR)
           -v-                      :
                                    :
PARKER H. PETIT and WILLIAM TAYLOR, :     ORDER
                                    :
                                    :
           Defendants.              :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The defense in the above-captioned case is hereby permitted to bring in approximately 20 boxes of documents in connection with the trial commencing today.

SO ORDERED.

Dated:   New York, NY

        October 26, 2020              JED S. RAKOFF, U.S.D.J.