UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
..................................................................................x
UNITED STATES OF AMERICA       :
                                   :
        -v-                       :        19-cr-850 (JSR)
                                   :
PARKER H. PETIT and WILLIAM TAYLOR,      :
                                   :
        Defendants.            :
..................................................................................x

### I. PARKER H. PETIT

1. On Count One, the charge of conspiracy to commit securities fraud, make false filings with the Securities and Exchange Commission, and/or mislead MiMedx's auditors, we the jury find Parker H. Petit:

      Guilty _____      Not Guilty  ✓

2. On Count Two, the charge of securities fraud, we the jury find Parker H. Petit:

      Guilty  ✓      Not Guilty _____

### II. WILLIAM TAYLOR

3. On Count One, the charge of conspiracy to commit securities fraud, make false filings with the Securities and Exchange Commission, and/or mislead MiMedx's auditors, we the jury find William Taylor:

      Guilty  ✓      Not Guilty _____

4. On Count Two, the charge of securities fraud, we the jury find William Taylor:

      Guilty _____      Not Guilty  ✓

*Noah Steiner*

FOREPERSON

Date: November 19th, 2020