UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>PARKER H. PETIT and WILLIAM TAYLOR<br><br>Defendants. | No. 19 Cr. 850 (JSR) |

### NOTICE OF DEFENDANT PARKER H. PETIT'S MOTION FOR A JUDGMENT OF ACQUITTAL OR FOR A NEW TRIAL

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Parker H. Petit, by and through his undersigned attorneys, hereby moves for an Order granting his Motion for a Judgment of Acquittal under Rule 29(c) or, in the alternative, for a New Trial under Rule 33 of the Federal Rules of Criminal Procedure.

[Signature Block on Next Page]

Dated: January 8, 2021

Respectfully submitted,

/s/ Eric B. Bruce
Eric B. Bruce
Jennifer B. Loeb
Sarah M. Caruana
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005
Telephone: (202) 777-4577
Email: Eric.Bruce@freshfields.com
Email: Jennifer.Loeb@freshfields.com
Email: Sarah.Caruana@freshfields.com

Matthew I. Menchel
Amanda N. Tuminelli
Kobre & Kim LLP
800 Third Avenue
6th Floor
New York, NY 10022
Telephone: (212) 488-1200
Email: Matthew.Menchel@kobrekim.com
Email: Amanda.Tuminelli@kobrekim.com

*Attorneys for Parker H. Petit*