UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

PARKER H. PETIT and
WILLIAM TAYLOR,

Defendants.

**ORDER**

19 Cr. 850 (JSR)

JED S. RAKOFF, U.S.D.J.

Defendant William Taylor is hereby permitted to file under seal his sentencing memorandum in this matter and exhibits thereto. Further, he shall electronically file a redacted version of those materials.

SO ORDERED.

Dated: New York, NY
February 16, 2021

_____
JED S. RAKOFF, U.S.D.J.

1