# APPENDIX A

February 2, 2021

Hon. Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
Room 1340
500 Pearl Street
New York, NY 10007

Your Honor:

I write this character reference letter to express my support for Parker "Pete" Petit. I am aware of Pete's conviction and I am writing to express my strong support for leniency in the sentencing.

After graduating from the U.S. Naval Academy in 1989 and serving as a Department Head on a nuclear submarine, I began my civilian career in 1993 which has spanned 28 years in the medical device and biologics industries. Since 2001, I have held Chief Executive Officer / President positions in both privately held and publicly traded companies. In the Fall of 2014, I met Pete at a Board Trustee meeting of the Georgia Research Alliance where I was speaking, and he was a Board Member. I knew of Pete's long, successful career and reputation in healthcare building technology companies from the ground up making meaningful, groundbreaking differences in individual's lives. Many of his executives and employees had worked with him for many years over several companies which spoke volumes to me about his character and leadership.

As our discussions progressed, I performed my own significant diligence on MiMedx. I ultimately determined that the products were truly life changing and that, with the appropriate investment in clinical research and education, the technology would be adopted rapidly. My experiences in surgery and biologics were an excellent fit and I found Pete, as well as the executive team he had put together, to have great passion and energy to make a difference in people's lives. The mission and vison were focused on taking care of the patients. I decided to join the company as Executive Vice President and worked with Pete at MiMedx for approximately four years. I regularly interacted with him professionally and in social settings during those years.

I have known Pete to set an example of caring and fairness for employees providing them a voice which was heard and created action. I have known him to be a teacher and educator setting example by design. Pete is a proud veteran and the many lifelong lessons learned from his time in the military and civilian career in healthcare shaped his communication and leadership style. He was honest, direct, committed, unwavering and accountable.

Pete has been a pillar in the Atlanta community and abundantly generous. He has invested his time, finances and reputation to lead the way in developing resources, education and entire programs over decades advancing the opportunities for many students and employees through Georgia Tech, Georgia State and Emory to name just a few. He is a man that frequently volunteers his time and certainly has made meaningful charitable donations for many very good and constructive causes and organizations. I believe he has a strong desire to make a difference in people's lives, making charitable donations to many organizations, but also quietly providing opportunity for those less privileged or without the means to get ahead. Pete has gone out of his way to help friends financially when in need.

Several times during my tenure at MiMedx, I personally observed and subsequently participated in Pete's leadership to hire individuals who had lost their job or needed a break. We didn't have open positions nor the budget in some cases, nevertheless it was the correct action to take in helping others. One individual, a double, lower leg amputee, had handicaps that created perceived barriers to hiring and he had been unemployed for many years, even living out of his car at one point in time. Pete made sure that we could put this individual in a position where he could learn, grow, contribute, and ultimately become successful in our education group. He had a story to tell and lessons learned that he could share, and Pete saw that. He became a terrific speaker and personal advocate of MiMedx's products and mission, passionately sharing his own challenges and journey which taught us more than in many ways we taught him. I have certainly learned from Pete's servant's heart and commitment to helping others, providing them real opportunities.

I also have spent time socially with Pete and his wife Janet and have observed their relationship as well as his interactions with his children, their families, and other close friends. Pete is a good person. He has demonstrated honesty, integrity, and fairness in many situations I have been present. Pete is a loving husband, father, grandfather, and conscientious citizen. He displays courage in his actions and in his commitment to fairness, morality and for doing what is right.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence. I stand ready to offer further support to Pete as he may require.

Respectfully,

Christopher M. Cashman

Kellie D. Clements

██████████████████████████

February 10, 2021

Honorable Jed S. Rakoff
Unites States District Judge
Southern District of New York
United States Courthouse
Room 1340
500 Pearl Street
New York, NY  10007

RE: Sentencing of Parker H. "Pete" Petit

Dear Judge Rakoff:

My name is Kellie Clements.  I was hired at Matria Healthcare as the Executive Assistant to
the Chairman and Chief Executive Officer, Pete Petit, in the summer of 2007.  Matria
Healthcare was sold in the spring of 2008, at which time Pete asked me to remain in his
employ and open a family office to manage his other personal and business affairs.  Six
months after opening The Petit Group, Pete accepted the position as Chairman and Chief
Executive Officer of MiMedx Group, and I held the position of Executive Assistant to the
Chairman and CEO once again.  I resigned my position in the fall of 2014 to spend more time
with my ailing father. We remain close friends to this day and I thank God for the
opportunity to have known and worked for Pete.

In my years of service to Pete, I observed an ordinary man.  He saying, "Call me Pete",
followed every introduction.  Young and old were to address him equally. Pete nurtured
relationships with family, managers, very special mentors, community leaders, and life-long
friends. The philanthropic endeavors to his alma maters, Georgia Institute of Technology
and Georgia State University were substantial, as were the many other charitable
opportunities that came his way to support. He spends wisely and gives generously to
others.  Pete not only gave of his money but also of his time.  He never sat the sidelines working
working 50, 60 or 70 hours a week.  No job was beneath him and he saw every task whether
business or voluntary to a successful completion.

In 1992, Pete wrote a booklet for his first company, Healthdyne.  It contained the core
principals of his management style and the clear expectation of his management teams and
persons in leadership positions.  That same booklet was reprinted in 2003 for his second
company, Matria Healthcare, with very few edits made to the original copy.  With little
revision again, the booklet was reprised in 2010 and used by all members of management
and people in leadership roles at the MiMedx Group.

This booklet, now known as MANAGEMENT-MiMedx Style, is the fundamental basis for any business Pete operated. These same philosophies have stood the test of time in a successful forty-year plus career. There is a copy of the booklet included with this letter for your reference. Should you have time to peruse, you will likely learn all there is to know about the basis of Pete's career. Every aspect of the Golden Rule is embodied in his words.

What you will not see is Pete's vision and his fundamental drive to rapidly help "the patient." With a staff of a few, he would grow a business into a viable company bringing healthcare to those that need it most, babies, mothers through maternity management, a brother or friend through disease management, a veteran or first responder through wound care. Saving lives, healing, or lessening the pain of others, and education in healthy lifestyle living for all, these are the drivers of Pete.

What I know to be true about Pete personally and professionally: he is honest, fair, kind, a man of integrity, and loved by many. For decades, he created jobs that kept food on the table for families and found lifesaving solutions for those most at risk. Pete made a difference and touched lives in a way not many ever have the opportunity to achieve. Pete Petit has served his fellow mankind in a most admirable way.

Sincerely,

Kellie D. Clements

Kellie D. Clements

Enclosure:      MANAGEMENT-MiMedx Style

Rev. Mary Cox (Hon. Ret.)

████████████████████

February 5, 2021

Hon. Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
Room 1340
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff:

I recently retired from the position of Associate Pastor for Mission Outreach at Roswell
Presbyterian Church in Roswell, Georgia. As an ordained minister with the Presbyterian
Church (USA), my focus has been primarily on local and global mission outreach. I
currently serve as a coach for individuals pursuing leadership of new worshipping
communities throughout the United States. My involvement in ministry is marked with
the priorities of relationship-based engagement and commitment to serving alongside of
others in non-paternalistic ways.

I mention the focus of my years in ministry to emphasize the healthy and meaningful
relationship I have had, and continue to have with Pete and Janet Petit for nearly 20
years. It has been my honor to know Pete through his membership at Roswell
Presbyterian Church and to witness his heartfelt commitment to God. Pete generously
supports outreach that focuses on people rather than programs. He has helped the church
embrace healthier practices enabling individuals and families with overwhelming need to
have a voice in addressing solutions instead of being seen as a problem to fix.

Perhaps most vividly is Pete's personal engagement with a growing community
development initiative in Nakuru, Kenya through one of Roswell Presbyterian Church's
mission partnerships. Pete's entrepreneurial wisdom and vision has provided essential
"wind behind the sails" of Kenyan leaders who exhibit a dedication to the flourishing of
young people, particularly through education. As one leader and Pete had a conversation
at my kitchen table years ago, I was struck by Pete's respectful engagement which
resonates with who he is as a person. He listens well without interruption, asks thoughtful
questions for clarity, and only then continues the dialogue with intentionality and support.
This Kenyan leader was encouraged and equipped to carry an emboldened plan back to
his community with generous financial backing from Pete.

Pete continues to be involved in new phases of this initiative. With his keen interest in helping to provide higher education opportunities for children from poor families and communities, Pete is helping local leaders address a burgeoning need. Over 100 orphans have received scholarship for primary and secondary education by churches in the United States but as these children graduate, funds for technical college or university are lacking. Pete's genuine interest, along with his confidence in these leaders is helping them move forward strategically as they build opportunities for sustainable funding through local resources for years to come.

While Pete is an inspiration to me as a coworker in ministry, he is also a faithful friend and neighbor. Whether our families are sharing a meal together, enjoying a brisk walk with dogs by our sides, or dreaming about a brighter future for Kenyan children, I am always a better person because of the time we have spent together.

Thank you for taking the time to learn more about my friend, Pete Petit.

Sincerely,

Rev. Mary Cox (Hon. Ret.)

January 31, 2021

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse Room 1340
500 Pearl Street
New York, NY 70007

Honorable Judge Rakoff

Thank you for the opportunity to provide this letter detailing my insight to Pete Petit. I am a senior executive, and board member of several healthcare companies serving people with cancer, diabetes and heart disease. I have known Pete Petit for almost 17 years. During much of this time I worked for Pete in the capacity of senior executive. I have had first-hand experience of Pete Petit at an executive level, board Level, community level and personal level. I have seen how Pete has delt with all of what life throws at us including personal tragedy, business challenges and personal and business successes. The three clear and constant characteristics I have witnessed have been the highest degree of empathy, integrity and humility. I have on many occasions used his above-mentioned characteristics in action as teaching moments to my own three children.

Below I have detailed just a few examples of the countless instances witnessed over the last 17 years.

Pete and his wife Janet quietly supported small churches that struggled financially. I know this not from them, but from someone on the receiving end. You won't read about it, but I know his generosity to those small rural churches were positively impacted.

I have seen Pete mentor new engineering students at Georgia Tech. He has been and still is selfless with his time if it means he can make a difference in just one students' life. It is rare to see a CEO of a publicly traded company which he was at the time give hours to nineteen- or twenty-year old's who are struggling. I witnessed this too many times to count. No one was watching. There were no public accolades.

I recall many times watching former employees, or the spouses of current employees come to see Pete. Pete cares about people and has empathy for those who are struggling. I can only assume the loss of his own son Brett taught him the value that supporting friends and family can have when someone needs others help the most. It was humbling to see so many over the years come to Pete to be supported in whatever way they needed it. His empathy is a quality so many including myself admire.

I witnessed Pete and Janet include people in their life in ways that positively and permanently changed them. They helped many community acquaintances and friends in need. They did this

by including them in causes and charities that helped that community be better, be stronger and more resilient.

The characteristics that I saw in Pete Petit in executive meetings, strategy meetings and in the board room were always and without exception honest and full of integrity. He would always take the time for the entire room to understand and benefit from those learning moments. I will always be appreciative for Pete's lead by example character. On many occasions he said "the view from the high road is the best view"

I believe this kindness of heart is the combined heart of Pete and his wife Janet of more than 25 years. They are good people who do good. Their humility is disarming while their energy for people in need is uplifting.

I am so pleased, as is my wife Heather of 32 years to call Pete Petit and his wife Janet Petit dear friends.

Respectfully,

Patrick Cua

February 2, 2021

Hon. Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse - Room 1340
500 Pearl Street
New York, NY 10007

Hon. Jed S. Rakoff,

My name is Marlene DeSimone and I live in the Atlanta, GA area.  I have been married for 25 years and have two children. A son who is a senior in college and my daughter is a sophomore in high school.  I have been a career professional for approximately 30 years holding various positions with healthcare companies in business development, strategic planning, commercial marketing and consulting roles.

I have known Pete Petit for over 15 years and have worked at both Matria Healthcare and MiMedx.  Pete has always demonstrated strong leadership qualities, integrity and management skills through building trusting and personal relationships with his employees. He invested in people and engaged with them on a regular basis.  Pete treated us like his business family; whether a lab worker, administrative assistant or senior level staff person, he knew everyone's name and showed interest in learning about their families and outside hobbies. I have been most moved by how he supported woman business leaders in both these companies and his commitment to their career development opportunities.

Pete's generosity has been apparent in always looking out for those who needed help in both business and the community.  For example, he learned a man we had used as a motivational speaker was struggling financially and had become homeless.  This man had been injured years before and was a double amputee Ironman. Pete asked me to hire him and find a place within my team to work which provided an opportunity for him to grow professionally. He told me we saved his life because he was so depressed and felt hopeless. I have also seen Pete countless times support several community charities in a humble manner to help many.

He lost a son at the age of eight months due to SIDS.  Unless you have personally suffered this type of loss, it is hard to imagine what one does to pick themselves up in their sorrow and move forward in life.  He did and left the field of engineering to start his first company to develop a respiratory monitoring system to prevent further infant deaths.  Pete was committed to saving lives and heartache for many families. In my view, that is not only honorable but a selfless act.

He is a strong family man and it is obvious in being around his wife, children and grandchildren the love and support he has for them. He truly cares for others and what they are going through. I have seen this in my own life.  I was diagnosed with breast cancer a few years ago. Pete has shown concern for my health and well-being through prayers and having people in his life who experienced this same cancer journey reach out to support me.

In closing, you need to know Pete is a good and caring person.  This man has consistently been there for others throughout his life in so many supportive ways.  Your Honor, I thank you for taking the time to learn a little bit more about Pete and ask you to deliver leniency on his sentencing in consideration of his model behavior as a spouse, father, grandfather and businessman.


Sincerely,

January 24, 2021


Honorable Jed S. Rakoff
United States District Judge,
Southern District of New York
United States Courthouse
Room 1340
500 Pearl Street
New York, NY 10007


Dear Judge Rakoff:

My name is Robert E. Guldberg, and I was director of the Parker H. Petit Institute for Bioengineering and Bioscience at the Georgia Institute of Technology in Atlanta, GA from 2010 – 2018. I was also a professor of mechanical and biomedical engineering at the same institution for over 22 years. During that time, I became acquainted with Mr. Parker (Pete) Petit and wanted to provide you with some information that I hope you will consider in making your decision with regard to his sentencing.

I have known Pete for over two decades as a generous benefactor, businessman, and friend. I arrived at Georgia Tech in 1996 at the beginning of an incredible period of growth and success that Pete Petit played a pivotal role in catalyzing. Pete's incredibly generous support at Georgia Tech included donations totaling approximately $10 million to endow a new institute, fund a chair for the director of the institute, and help support construction of a biotechnology building. The Petit Institute today is a model of excellence and includes over 200 faculty members performing world class research in state-of-the-art facilities and translating their work into start-up companies to stimulate the economy and improve the lives of patients. Pete's gifts helped transform Georgia Tech and propel it to the #2 ranked biomedical engineering program in the United States.

In addition to knowing Pete through his generous philanthropy, I served as a scientific consultant for his company, MiMedx, to help evaluate injectable micronized amniotic membrane product for osteoarthritis. About 10 years ago, MiMedx asked me to create an educational lecture on the proteins contained in placental-derived amniotic tissues and what was known about their potential therapeutic functions. Throughout my work with MiMedx, I was never once pressured from anyone at the company to promote their materials or products; rather, their goal was for me to produce an educational lecture based on evidence in the scientific literature. To prepare for the lecture, I of course did extensive background reading and learned a great deal about this unique immune-privileged tissue that has been used for various medical applications by physicians for decades.

After giving my lecture, I approached MiMedx with a proposal to study whether the injectable micronized form of their amniotic material might be effective for treating osteoarthritis (OA). Having published over 250 peer-reviewed papers on treatment strategies for musculoskeletal injuries and degenerative conditions like OA, I had an intuition that the properties of micronized amnion might be effective for treating degenerative joint disease.  My lab had previously published a very rigorous quantitative method to test OA therapeutics in an in vivo model of meniscal injury combined with 3D micro-CT image analysis of cartilage surface degeneration. MiMedx agreed to provide financial support for the in vivo studies as well as a PhD student stipend.  The results of those studies have now been published in top journals in the field and demonstrate that if sized and delivered appropriately, micronized amnion tissue effectively slows development of OA disease and even partially reverses already arthritic joints.  This preclinical work was sufficiently promising that MiMedx initiated a human clinical trial, which if successful could provide an important new therapy for the 40 million+ patients in the US alone suffering from osteoarthritis.

I tell this story because I have experienced many people from industry who have tried to influence my opinion of their technology or control what we published.  There was never a hint of that from Pete or his team and I was always impressed with their sincere interest in understanding the science behind their product and determining whether it could help people who were suffering.  As tangible evidence of this, our most recent publication details negative results for the MiMedx product when the size of the particles is reduced too much.

Pete has always shown a strong personal interest in helping to create opportunities for young people, often from diverse or underprivileged populations.  At Georgia Tech, part of his philanthropic support was used to form the Petit Scholars Undergraduate Research Program. That program provided $10,000 stipends to undergraduates during year-long research experiences in Petit Institute laboratories and significantly impacted the career development of over 200 students during my time as director.  He also provided summer internships at MiMedx to our students and hired many of them to full time jobs.

These are just a couple of examples of many interactions I had with Pete over the past 20 years, but I can say in all that time that I have only known Pete to be a person of high character and generosity who willingly gave both his time and fortune to advance science and help the human condition.  I hope this information is helpful in your consideration of his sentencing.


Sincerely,

Robert E. Guldberg, Ph.D.

Clyde A. Hennies



Jan 29 2021

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NT 10007

Dear Judge Rakoff,

The purpose of my letter is in regard to the upcoming sentencing of former Mimedx Corporation President, Chairman and Board Member, Mr. Parker "Pete" Petit. Since learning of his recent conviction and forthcoming sentencing, I felt compelled to share some of my personal observations of Pete for your consideration.

As background, I was born in 1935 and raised in Iowa, spending much of my early life on a farm until I joined the active military in 1954.  I'm a retired Army Major General, who served over nine of my forty-one years of military service as an enlisted NCO before being commissioned a Regular Army officer. I'm a combat veteran, having served 37 months in Vietnam as a commander of five company sized Infantry and aviation units and a staff officer at Battalion and Corps level. This was followed with stateside commands at the battalion and Brigade levels including the Army's premier special operations aviation force, the 160th Special Operations Aviation Group (Airborne) "Nightstalkers."  I also served two tours in the Pentagon in the Office of Secretary of Defense and the Army Staff. After retirement in 1991, I worked as a corporate technical and leadership consultant until appointment to the cabinet of Governor Fob James Jr. of Alabama where I served as the The Adjutant General of the Alabama Army and Air National Guard, and later as President of Lyman Ward Military Academy, a private resident 6-12 grade boys school located in Camp Hill, Al. The past 16 years I have worked in the private sector as a corporate advisor on leadership and military matters.

My relationship with Pete began in late 2011 thru a friend of mine who thought I might be of assistance to a start-up company named Mimedx, regarding their wound care applications in the military space as well as the Veterans Administration patient population.

Soon thereafter, Mr. Petit invited me to their headquarters to receive an operational overview of their organization along with a detailed review of their wound care products, and to discuss potential applications with him and his team regarding DoD and VA opportunities. I was subsequently offered and accepted a consulting position, where I initially spent the majority of my time helping shape this business segment, including screening potential team candidates, identifying various DoD and VA medical agencies and POC's willing to receive Company information and product capabilities. This also included visiting Army medical treatment facilities, and interviewing military medical personal on needs and performance feedback.

During my visits to corporate headquarters I would brief Pete and/or his COO Bill Taylor plus appropriate company subject matter experts', regarding my field visits. I would also receive periodic calls from Pete to see how things were going or to get an opinion from me.

I always found him to be straight up, unambiguous in intent and very principled. He was always quite open and engaging in our conversations about life in general and very proud of his family and the "hard working and dedicated" employees at Mimedx.

Although we chose different paths in life, we had a common bond as leaders, both having served in the Army during the Vietnam era, and having sons who also served as career military officer/aviators.  He talked about the value of trust, honesty and integrity in the business world and how proud he was of the Mimedx team and the impact it could and would have in improving the quality of life of millions of people. I watched his actions and demeanor in meetings I was invited to attend and was impressed with his people skills that enabled frank and open discussions without fear.  In my view, the work atmosphere at Mimedx was much more positive than with the majority of other corporations I had previously assisted.

Pete has a particular passion for supporting veterans and felt Mimedx would have an incredible impact on their quality of life. I would soon see that in an "up close and personal" action by Pete. One day I received a call from a hometown golfing friend of mine who remembered me chatting about Mimedx products, to tell me of a distraught local veteran friend of his who was suffering from a chronic diabetic foot ulcer and about to have his foot partially amputated due to non-healing.  He wanted to know if there was anything that could be done to prevent the amputation and that time was critical. Since the company had no representatives covering this area, I called Pete directly and told him of the problem. Pete offered immediate assistance, dispatched one of his staff to get the details who made contact with the Vet's Doctor. A company rep arrived the next day! The result...he got treated pro bono, the wound closed sufficiently in several weeks and his foot was saved. When I visited him, it was a very emotional moment of celebration and gratitude and he profusely thanked Pete and Bill Taylor over the phone for saving his foot. Regretfully he passed away several years later from cancer but his family has never forgotten what Mimedx did for their dad, thanks to Pete.

I've said this many times over the course of my life and I find it appropriate in this setting. I have worked closely with people of all ages whether leaders or followers, who were engaged in situations that challenged their very soul. Where decisions good and bad, for better or for worse, have had impact on their lives and the lives of others. I believe the outcomes are for the most part, a reflection of a person's character developed over time, BUT the one single thing that has always challenged my critique is whether one mistake should define a person for life.

In the matter of Pete's personal and professional conduct as I knew it, up to his surprising indictment and conviction, it is not only surprising but also totally inconsistent and contrary to my firsthand assessment of him developed over time. This is why I've felt compelled to provide you additional information for consideration during your forthcoming sentencing deliberations and pray for your leniency.

In closing, I sincerely thank you for your years of service on the Federal Bench and wish you only the very best.

Sincerely,

Clyde A. Hennies

Hon. Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
Room 1340
500 Pearl Street
New York, NY 10007

February 14, 2021

To the Hon. Jed Rakoff,

I am writing this letter to describe the character of Mr. Parker "Pete" Petit, whom I've known for more than a decade.

I am a physician and head of a nonprofit organization The Angiogenesis Foundation whose mission is to improve global health by bringing new breakthrough treatments for challenging diseases.  In my role, I develop relationships with policymakers, corporate heads, physicians, patient advocates, and many stakeholders for health who are aligned with our work.  It is in this context that I first met Pete.

I'm a very good judge of character and I value high ethical and moral values in people I come across.  In every interaction I've ever had with Pete, I've known him to be an individual of high integrity and moral character. He always struck me someone who is honest and direct.  He was passionate about his business and I was always impressed with Pete's humility as well as his commitment when it came to applying science and technology to help patients.  This impression was reinforced as I learned about the Petit Parker Institute in Atlanta made possible by his philanthropy. Everyone I met with that institute expressed their gratitude that Pete had made it possible for them to develop their careers in his institute.  At every turn, the individuals I met who knew Pete had a similar respect for him as I do.

Pete and I also had many personal conversations over the years over our shared passions.  He and I both traveled frequently to France for holidays.  We discussed our love of the people, history, and landscape of the country. Pete shared with me the annual bicycling trips he and his family and friends took in France in which they rode from town to town and took a river boat to move between regions.  I was impressed that he enjoyed such modest and physical vacations in the countryside, and we exchanged many anecdotes over the years about small village pleasures.  I have met Pete's wife who is gracious and warm, like Pete.  Together, we discussed Pete's love of cycling as well as his background as a pilot, and how we enjoyed recreational flying.

I can only speak to my personal observations of Pete on a personal and professional level. He was a very clear communicator, always gracious and kind to me and in every interaction I personally observed.  I recall a large business dinner event in which he invited me to sit at his

-2-

table and where he was a truly a delightful host. Pete was the last to leave the event, and I watched him personally thank everyone who came.

In sum, Pete Petit is someone whom I've always found to be thoughtful, friendly, gracious, committed, and personable. His long track record of helping improve healthcare and his philanthropy speak to his dedication to the community at large. It would be my hope you consider these attributes in regard to Parker Pete Petit.

Sincerely,

William W. Li, MD

January 20, 2020

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

I am writing to you on behalf of Pete Petit. My name is Kevin Lilly and I worked for Pete as SVP Sales at MiMedx. I am 56, married to a former Assistant DA in New Orleans, have three children and live in Marietta Georgia. My oldest daughter is an attorney in Atlanta, my other daughter is studying to be a therapist and my son aspires to be an attorney.

I met Pete at MiMedx in June 2015 and I thoroughly enjoyed working with him. From the beginning of my time at MiMedx, Pete charged me with bringing transparency and accountability to the team and the organization. He encouraged and supported me in establishing metrics and processes that eliminated risks and ensured resilient processes and brought ethical people to the team. He was a champion of an open, honest and ethical culture.

I was brought into MiMedx as VP International Sales to launch our products into the global markets. I was in that role for six months, from July 2015 until January of 2016. During that time Pete asked me to do an independent analysis of the business and make recommendations about where we could improve our operations. Based on that work, he promoted me to the National VP Sales for the wound care business. During the ensuing 3 years working under Pete's leadership, he was always consistent in personally and professionally reinforcing that we all should conduct ourselves with the highest moral and ethical standards.

Because the Wound Care team represented half of the employees of the company, I worked very closely with Pete during those years. I met with him one-on-one weekly and he was always available for questions and to provide guidance on complex issues. Based on my knowledge of Pete's character, the conduct of which he was accused and convicted are inconsistent with his prior history and character. In my experience, he showed he was a man of his word and it is my pleasure to support him and speak for the many people who know and respect him.

In 2001, I had worked at Facet Technologies, which was later acquired by Matria Healthcare, where Pete later served as Chairman of the Board. I did not work with Pete at that time because our employment timeframes there didn't overlap.  When I learned about the opportunity at MiMedx, I was eager to work with Pete because people that I knew and trust in my Facet network had always said nice things about him and he is very well respected. He came to MiMedx to use his experience and grow the company. He was retired and could have stayed that way. Pete already had more achievements and money than most people will ever see. Pete came back from retirement to lead MiMedx because it is the most incredible product any of us have ever sold and it changes people's lives. We all believed, and still do, that these products should be in the hands of every person who needs them. It is a mission that will simply make the world a better place. Pete shared that mission and was a champion of serving the patients.

Pete is a strong personality and openly opinionated. He is "old school" and the product of a military leadership style at times. As an Air force brat, I was not surprised or put off by Pete's style. To me, he was always simple and direct. You knew where you stood and it was up to you to address problems and take responsibility. I also believe he tries to do the right thing and expects the people around him to do that as well. He also has a soft side, is very giving and has a kind heart. He constantly took the time to talk one-on-one with members of the sales team and his door was always open. This took an extraordinary amount of time and effort. He was never too busy to stop and meet with anyone about anything and to do whatever was needed to help the patients, customers and the team.

I have worked in Biotech and a Product manager and worked with very large, complex Fortune 100 companies such as Baxter and McKesson. Through all of those experiences, MiMedx is the most complex and nuanced business I've been in. During the time Pete led us as CEO, I've also never seen a business grow at the rate that we did during a very short period of time. It was a significant challenge to maintain command, control and accountability due to this explosive growth. Pete is a tireless worker and wants to be hands-on as much as is possible. Due to the scope of his role, the complexity, nuance, and growth of this business, that was a significant challenge. It's larger than any I have seen before. It's very easy for people who weren't "on the field" to look back and critique. I will simply share that I believe Pete did an admirable job in a difficult situation.

At MiMedx, I had more than 400 people on my direct sales team. I can't speak for them, but I would like to relate that my leadership team and representatives expressed to me that they overwhelmingly support, respect and appreciate Pete as a person and as a leader. Due to my role and exposure to Pete, I believe I have unique insight into his character and actions. He has been consistent and honorable even though we faced extremely challenging times. Pete believed that he should share his success. He already had money and recognition. He wanted to share our success and pay it forward. He and I agree that it's better to positively impact more people because it changes more lives for the better. That's what I saw him do while I was at MiMedx.

Pete was always authentic and direct with me and my team. I trust him because he has been honest with me and I've seen him be consistently honest with others. He is a loving family man and has a loving family that he has supported throughout his life. Now that they are living through this difficult situation, we are all here to support him.

I humbly ask that you give Pete a lenient sentence. Thank you for taking the time to listen to me and others who support and care for Pete.

Thank you,

Kevin

Kevin Lilly

Judge Rakoff,

My name is Meredith Martin and I am the youngest daughter of Parker H. "Pete" Petit.  I am writing to you to humbly ask for leniency regarding my dad's sentencing.  Listening to the trial on the phone was difficult for me because my dad's true nature was never revealed to you or the jury.  He was characterized by the prosecution as a scheming, conniving, crooked and corrupt man, and nothing could be farther from the truth. My dad has spent his entire life building businesses that help others.  After finding success, he has donated millions of dollars to philanthropy. It was so hard to listen to those negative words being thrown at Dad without being able to respond.  I'm hoping I can give you a little background about him to shed light on who he really is and justify my plea for a sentencing requiring no prison time.

First, I am Dad's youngest daughter, but I am not his biological child.  I was eight years old when he married my mother and adopted me.  They divorced several years later, but Dad did not separate from me.  He has always just referred to me as "his daughter" and has never treated me any differently than his biological children.  In fact, I doubt many of his associates are even aware that we are not related by blood.  This is a man who lovingly welcomed another child into his family, even when he was no longer married to her mother.

As a child, I was very aware that Dad was committed to his work.  He left for the office before I went to school and was often late for dinner.  A 60-hour work week was commonplace to him.  I think he had the first car phone ever invented so that he could continue working from his car! He instilled this work ethic into his children, and I began working in the mail room of his company when I was 15 years old.  As I delivered the mail to his floor, I could see the way he interacted with his coworkers.  It was the exact same way he acted at home.  Firm, but supportive.  Strict, but positive.  He expected honesty and integrity from his coworkers, just like he did at home.  Dad always said to tell the good, the bad, the ugly, but tell the truth.  Then you deal with the consequences.  No excuses, just honesty.  Those weren't just words or a catchy phrase to him, they were the standard onto which he held himself and those around him.

When my sister Patricia was in high school, she was caught at a party underage drinking with all her cheerleading teammates.  The principal brought the team into his office and asked who had been drinking.  All except for Patricia denied it.  She was honest and said that she had been drinking.  She was subsequently kicked off the cheerleading squad.  A week later, the principal found out that all the other students were lying.  He then chastised everyone else from the squad, reinstated Patricia, and even made her captain due to her honesty.  Telling the truth was expected in our household, no matter the consequences.  This example just reinforced to everyone why not lying and accepting responsibility for your actions was so important – it actually led to a positive outcome for Patricia.

This is why I cannot believe that my dad would have purposefully been dishonest or lied about his actions.  No matter the consequences, he is adamant about honesty and integrity.  If accounting mistakes were made, then they were just that – mistakes.  Not a conspiracy.  Not an attempt at selfish gains.  Not an attempt to line his pocketbook.  A mistake.  Please do not send

an 81-year-old man who is currently combating bladder cancer to prison based on an accounting mistake.

Thank you for taking the time to read this letter and I hope that I have helped shed a little light on who Dad actually is and why I cannot believe that any accounting errors were purposeful lies.  As Dad says, tell the truth and deal with the consequences.  I can only hope that you show leniency with these consequences and a sentencing that requires no prison time.

Thank you,
Meredith Martin

January 25, 2021


Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
Room 1340
500 Pearl Street
New York, NY  10007


Dear Judge Rakoff:

I am writing this letter on behalf of Parker H. "Pete" Petit.

I consider myself to have been very blessed during my career tenure. I had the pleasure of working for two great and honorable men, both of which were self-made millionaires. My first was working for the Founder of The Ritz-Carlton Hotel Company, William B. Johnson. I worked for him up until his retirement, which was due to Alzheimer's. While The Ritz-Carlton Hotel Company was a privately held company and MiMedx was publicly held, there were similarities regarding the two CEOs and how they managed growing successful companies. Both men believed in giving back to their communities and not forgetting the roots from which they came. Both gentlemen ran a family foundation through which they not only provided financial support but also problem-solving guidance.

I worked for Mr. Petit from September 14, 2014 to December 9, 2018. I was amazed at the care and compassion he showed for all his employees. Mr. Petit supported an "open door" policy for all his employees and encouraged them to come forward with any concerns and/or problems. You could also voice any concerns through Pete's "Dear Pete Letter" program.

Mr. Petit and his family's foundation funded many great charities and organizations, as well as using his experience and knowledge to help guide them with their individual needs. Some of these charities included Dean Sikes ministry who works with teens that are at risk for suicide. This program was dear to my own heart since I was widowed at 38 years old and left with four children to raise alone. Two of which had suicidal tendencies. If not for Pete, I would never have known about this ministry and received the help that I personally needed.

Another one of Mr. Petit's philanthropic causes included Ross Mason, a paraplegic to whom he provided not only financial support, but counseling and guidance as well.

Mr. Petit also provided support to disabled veterans and would hire them whenever he could. If there was not a place in the company at which they could excel, he would offer counseling and advice to help them find their way.

Mr. Petit of course also provided financial support to his local church, Roswell Presbyterian Church. I have listed just a few of the many worthy causes he contributed his time and money to.

Honorable Jed S. Rakoff
January 25, 2021
Page 2

One of the things I admired most about Mr. Petit was his ability to mentor young people. He loved to encourage children and was always willing to sit down with any young person and help them figure out their path to success and how they might best excel. He would not only counsel these kids, but he would also sometimes offer them internships at MiMedx where they could receive hands-on training.

He served on the Boards of Georgia Tech and Georgia State. Mr. Petit knew how important education was for all students and he was always willing to serve in any role.

I also feel it is important to add that as Mr. Petit's assistant, I was involved in all his communications.  I typed all his letters, and I was included in all his emails.  I never saw any form of improper activity and I was never asked to not talk to persons about his communications. Mr. Petit always demonstrated professionalism and honesty with everything that he was involved in.

I consider Mr. Petit a good friend. I was able to witness firsthand the care and concern he shows for everyone. Please allow Mr. Petit the chance to continue the philanthropic opportunities for which he excels. Mr. Petit is a good man and genuinely cares for others. It would be a waste of his talents if he were to be incarcerated. If you give him this opportunity, I know he will use his time and efforts to continue helping others.

Sincerely,

Pamela Martin

Pamela Martin



HINRI

NON NOBIS DOMINE

January 22, 2020

Re: Character Reference for Mr. Parker H. Petit

Your Honor:

I am a quadriplegic with a C-6, complete spinal cord injury, and the founder of a nonprofit venture philanthropy called the High Impact Network of Responsible Innovators or "HINRI" (hinri.org). I have known Mr. Petit for over a dozen years as a member of the business community and a long-term donor to my charitable organization, HINRI. Before we knew one another, a mutual friend shared my situation and circumstances with Mr. Petit without my knowledge. Mr. Petit called me shortly after that conversation and has supported me personally ever since. Without what Mr. Petit has done for me personally (outside of HINRI), I would have lost my home, lost my caregivers (24-hour care), my family would have gone bankrupt, and I would have died long ago in a nursing home.

Through his gift for creating successful businesses and his generosity, Mr. Petit has saved many lives beyond my own. Mr. Petit has been the founder and CEO of six companies that have each brought to market lifesaving technologies, treatments, and cures for people across the country and around the world facing extremely difficult and often life threatening health challenges. For example, Mr. Petit lost his second child to Sudden Infant Death Syndrome (SIDS). His son's death caused Mr. Petit to create a company focused on the commercialization of an infant sleep monitor technology, which has saved the lives of tens of thousands of infants. I know personally of at least two quadriplegics who would not be alive today without Mr. Petit's kindness, compassion and generosity.

Mr. Petit has also made large contributions to many charitable organizations. For instance, Mr. Petit has been an active and very generous supporter of Georgia Tech and Georgia State University for many years. At Georgia Tech, he made the original donation to create the Institute for Bioengineering and Bioscience. At Georgia State, he gave the first and largest donation to create the Science Teaching



and Research Laboratory building. These two institutes are engaged in education, translational research, clinical trials, and the commercialization of new technologies that will save many, many lives for generations to come.

Beginning in 2013, Mr. Petit has been a major donor to HINRI and our largest donor for five years. HINRI was founded as a nonprofit in 2010. HINRI partners with leading healthcare innovators to serve the indigent and uninsured, wounded warriors and their families, address food insecurity, create educational programs for autistic children, change the standard of care for spinal cord injuries, and combat human trafficking. HINRI was asked by the Obama Administration to launch a global initiative on ending sex trafficking and Admiral Mike Mullen, when he was Chairman of the Joint Chiefs of Staff, to create a military vocational training and reintegration program for wounded, ill, and injured veterans. These two initiatives and several other HINRI projects have made significant national and global contributions in their areas of service. None of HINRI's work would have been possible without Mr. Petit's generosity and support.

Mr. Petit has shared with me on several occasions that he was looking forward to retirement after MiMedx to focus for the rest of his life on his charitable passions, interests, and endeavors. Given his unique background in business and philanthropy, and incredible expertise in healthcare, the positive contribution he would be able to make with that kind of focus is incalculable. For example, HINRI partners with businesses to create charitable annuities to support social entrepreneurs and nonprofit innovative organizations. We recently received a pledge for a $100 million gift to be invested in early stage healthcare businesses and all of the proceeds from these investments will go to charity. Many of these companies will ask HINRI to set up and run foundations on their behalf and seek our advice and guidance on charitable gifts. Also, many businesses are now giving stock to HINRI's charitable portfolio and percentages of their revenue to our nonprofit initiatives on an ongoing basis or are making donations to the charities of HINRI's choice. Mr. Petit serves on our board of directors and is our most gifted, strategic, and insightful advisor in this social enterprise effort.

To be more specific, HINRI has created a strategic partnership with Dr. Newton Howard, the Founder of the Center for Advanced Defense Studies (C4ADS),

641 Loridans Dr NE, Atlanta, GA 30342



NON NOBIS DOMINE

Neuron Input to Output (ni2o), LightOS (300x faster than any operating system on the market today), and Co-Founder of the Aurora Forge.

> Newton has 3 PhDs from Oxford, the Sorbonne, and MIT (respectively) and an MD in Neurosurgery from Oxford and the Sorbonne. Newton decided to get an MD in Neurosurgery because he wanted to heal his brain after a traumatic brain injury. He was a critical architect in the development of Skype and Wifi technology, sold to Google the technology for what is now Google Earth and Google Translate, and was a Co-Founder of In-Q-Tel (the CIA's venture fund), which he helped to grow from $24 million to over $4 billion in assets. Newton is the former Director of the MIT Mind Machine Project at the Massachusetts Institute of Technology. He is a Professor of Computational Neuroscience and Functional Neurosurgery at the University of Oxford, where he directs the Oxford Computational Neuroscience Laboratory. He received a $70 million grant from Oxford for research related to the work of ni2o and LightOS. Newton lives in Washington DC and is also a professor at Georgetown.

Before September 11, 2001, Dr. Howard identified the global terror, personnel, financial, and communications networks of Al Qaeda for the Clinton and Bush ('43) administrations. Tragically, the significance of this intelligence was not recognized or acted upon before the terror attack occurred. As a result, Dr. Howard created the Center for Advanced Studies (C4ADS) so that mistake will never be repeated. Through our national and global network, HINRI is partnering with C4ADS (which is housed in the Secret Service building in Washington, DC) to stop global terror and trafficking networks. Mr. Petit is a critical advisor for us in the foundation and charitable annuities that will result from these and other HINRI social enterprise activities. Mr. Petit would be invaluable to us in identifying, selecting, and executing successfully our portfolio of social enterprise projects. All (100%) of the proceeds from these efforts will be directed to worthy charitable causes and initiatives.

From a personal standpoint, no one outside of my immediate family has demonstrated more unconditional love, sacrificial support, and encouragement to me in my journey of recovery than Mr. Petit. Mr. Petit has played an indispensable



NON NOBIS DOMINE

role in helping HINRI bring a new technology to market, thanks to his support, that has already demonstrated the ability to reverse paralysis for me and millions of other people around the world (beginning with U.S. veterans injured in the service of this nation) who doctors have diagnosed with "permanent" paralysis.

For all of the above stated reasons and in light of Mr. Petit's successful business career, his current struggle with bladder cancer, and his record of integrity, I urge you to show leniency in his sentencing. It would truly be a tragedy for this gentle, kind, compassionate, and generous man to be incarcerated. Thank you for your consideration, Your Honor.

Sincerely,

Ross Mason, Founder

████████████████████

641 Loridans Dr NE, Atlanta, GA 30342

February 13, 2021

Hon. Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
Room 1340
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff:

My name is Roberta McCaw, and I am writing on behalf of Parker H. "Pete" Petit, a defendant in a trial over which you recently presided.

I have known Pete for almost 25 years, having served as General Counsel of two public companies of which he was both Chairman and CEO. I retired as General Counsel of MiMedx in early 2015. I am compelled to write this letter because, quite honestly, I believe that Pete's contributions to science, healthcare, business, and the community are nothing short of remarkable. He has built a strong legacy of hard work, entrepreneurship, and generosity.

He worked tirelessly for close to 50 years, and his work was important. He saved lives, with his invention of a monitor for babies at risk for sudden infant death syndrome (SIDs) and with the myriad other medical products and services he brought to market through companies he founded or grew exponentially through his hard work and dedication. He was a true visionary and a life-long entrepreneur, but he also had the strength and fortitude to work through lean times and setbacks to see his visions became a reality.

He created thousands of skilled, good-paying jobs in Georgia and throughout the country. Although he could be a tough task master, his hands-on approach made people feel like "everyone was in this together." He was loyal and forgave mistakes. In turn, he engendered strong loyalty from his employees.

He was a generous man. I believe his philanthropy on a large scale is well known, but it was surprising to me how remarkably approachable he could be and how many individuals he helped over the years, with no hesitation or fanfare. People far below him in the organization (and some relatively unknown to him) would come to him for a loan or other financial assistance and he graciously gave them the help they needed, without judgment. He understood that good people could fall on hard times and need a "hand up."

He has three amazingly unspoiled children (Pete put them to work doing menial jobs at an early age) who grew to be lovely, well-balanced adults and blessed Pete with many grandchildren. Pete often co-mingled his family and his employees and other friends at parties that he and his wife, Janet, hosted and on trips they organized and largely paid for. He has a patriarchal spirit and I believe he thought of all his guests as part of the "family," and they felt it.

I will always admire Pete's intellect, work ethic, determination, generosity, and contributions to healthcare. I'm glad to have had the chance to know him.

Regards,

Roberta McCaw

Roberta McCaw

February 11, 2021

Dear Judge Rakoff,

I am fortunate enough to be the wife of Pete Petit.  I sat through every day of his trial
in your courtroom. Many of those days were very frustrating.  Only because of the
prayers and support of so many dear friends and family, several of whom were
listening to the trial, was I able to endure and put into perspective what transpired.

Let me tell you about Pete Petit, the person that I know so well and love very much.
Pete is a self-made man; his family did not have money.  His parents divorced when
Pete was only five years old, and he lived with his mother until his junior year in
high school when he went to live with his dad, stepmother, four half brothers and a
half sister in a two bedroom, one bath house on the Isle of Palms near Charleston,
South Carolina.  As a pre-teen, Pete joined the Boy Scouts of America, and he became
an Eagle Scout at the age of 14.  He was neither living with nor near his father during
much of that time, which makes this accomplishment even more outstanding.  By
the way, Pete's dad was one of the first Eagle Scouts in the country, and Pete's son
and two oldest grandsons are also Eagle Scouts.  The two youngest grandsons are
the rank of First and Second Class, and they have their sights on the Eagle rank also.

In Pete's sophomore year of high school, a representative from the Fisher Body
Craftsman's Guild came to his school.  "The Fisher Body Craftsman's Guild was a
national auto design competition sponsored by the Fisher Body Division of General
Motors.  This competition was for teenagers to compete for college scholarships by
designing and building scale model "dream" cars.  Held from the 1930s through the
1960s, it helped identify and nurture a whole generation of designers and design
executives."  Pete was fortunate enough to receive the Fisher Body Craftsman's
Guild southeast regional award during his junior and senior years in high school,
and that provided almost enough money for him to attend his first quarter at
Georgia Tech.

Pete also worked as a "soda jerk" at Bert's Pharmacy on Sullivan's Island, South
Carolina during his senior year of high school to finish earning money for that first
quarter at Tech.

Pete worked his way through Georgia Tech on the co-operative program and
received a Bachelor's degree in Mechanical Engineering.  He stayed on to complete a
Master's Degree in Engineering Mechanics.  After college, he served his country as
an Army officer stationed on a Naval Air Station in Corpus Christi, Texas.  He
returned to Atlanta when he accepted a promising management position at

Lockheed in 1968.  After the loss of his and his first wife's precious second son to a crib death, he left his blossoming career at Lockheed to develop the first home Infant Monitor for babies who are at risk for SIDS.  That was in February of 1971.  Since that time, he has been a serial entrepreneur in the healthcare industry, creating thousands of jobs and providing much needed healthcare products and services to the public.

Pete is the hardest working individual I have ever known.  He has a passion for using the talents, common sense and business skills that the Lord has given him to improve the lives of others.  Yes, he has been successful, but it has _never_ been about the money, power, prestige and all the other things that come with success.  He is a humble and self-confident individual who doesn't need those accolades.

Pete was retired from Matria, his fourth company, and running a family office when the opportunity to try and build MiMedx into a successful business was brought to him.  He did not need to go back to work for monetary or any other reasons.  He simply enjoys working and bringing people together to do good things for society.  And, he is _very_ good at that!

Pete has always treated his family, friends, employees and shareholders with utmost respect and genuine concern.  He truly values those relationships.  I have never before seen the depth of caring that he has for the people who are in his life in whatever capacity that may be.  And, he always treated his employees, and their families, like family.  I have heard more than one person who worked for Pete say that he created a family atmosphere at his companies.

When it comes to generosity, I believe his philanthropy speaks for itself.  He is always giving back.  And, that applies not only to his wealth, but also to his time and expertise, as he is always ready to help anyone who needs or asks for it.  As one of his former general counsels recently wrote in a note to him, "You are one of few people I can think of who have given more than they got out of life."

To say that he is all about serving others would be an immense understatement.  One Christmas Eve a few years ago when all the children and grandchildren were at our house, he took the five oldest grandchildren into his office for one of his "life's lessons," as they liked to call them.  He asked them one question: "Why do you think God put you here on this earth?"  When there wasn't much response, Pete answered by saying, "God put you here to serve your fellow man, _not_ yourself!"  At the time, the grandkids probably rolled their eyes, as teenagers are prone to do at their grandparents.  Over time, though, I am hopeful that those words will take root, and our grandchildren's selfless acts will make their granddad proud.

Pete is and has been an inspiration to me in all these ways and more.  His faith is steady and real, and he brings calm and peace to my life.  He is an honest, genuine man, and I am very blessed to have had him as my husband for almost 25 years now.  I am more proud of him than I can say.

I know that all crimes require a motive, and I simply do not know what would be the motivation for a successful serial entrepreneur to become a fraudster at the age of 78. It couldn't have been money, as he never sold any of his stock while he was MiMedx's Chairman and CEO. And, the amount of bonus he was given was certainly not enough for him to risk ruining his reputation and putting his freedom in jeopardy. If Pete is guilty of this crime, he certainly has not gained anything from it; in fact, it is quite the opposite. Judge, I can assure you that, if fraud was committed at MiMedx by Pete, it was not intentional.

When handing down his sentence, I pray you will extend favor and grace to this man who is a model of integrity, honesty, generosity and just plain goodness. He also has recurring bladder cancer and often struggles with its daily effects on his life. I fear that the impact of incarceration could have a very detrimental effect on his health. Rather than incarcerate him, I hope you would agree that a sentence of community service would be a win/win situation for Pete and the thousands of people who could potentially be touched in some way by his involvement.

Thank you very much for both your time and consideration of leniency for my husband.

Sincerely,


Janet Petit

5 Feb 2021

Honorable Judge Jed Rakoff,

My name is Bill Petit. I would like to take a moment to introduce myself and speak to you about my Father, Parker H. "Pete" Petit.

I graduated from Auburn University with a B.S. in Aerospace Engineering and later I obtained my M.B.A from Middle Tennessee State University at night while I was still in the Air Force. I am a recently retired Air Force Pilot and served for over 26 years. I actually retired in 2013 and was asked to come back to HQ, and I finished my career as a Staff Officer at 22nd AF Headquarters before retiring again in 2018. I was proud to serve and had the honor to serve under five different Presidents. I was also Top Graduate or Distinguished Graduate from each flight school I ever attended over the course of my AF career. I now run a small company that is in the aerospace and flight test contracting business. I give much of my career success to the way I was brought up by my Father.

I know you have witnessed my Father in court, but I felt the court should know the man behind the mask. Although he might not have been the most loving Father, he always insisted on hard work and integrity in all we did. He called it "Tough Love".

I was a child at the time, but I remember my younger brother's death. I remember watching my Father trying to resuscitate him, my mother crying, and then I ran next door to the neighbors to let them know to call the Ambulance. Unfortunately, it was too late, and my brother, Brett, passed away.

My Father grew up very poor and shared one bedroom with four other brothers. He worked his way through Georgia Tech as a co-op student and then graduated with his Bachelors Degree in Mechanical Engineering and a Masters of Science Degree in Engineering Mechanics. After college he fulfilled his ROTC commitment as an Army Officer. After service to his country, he was then hired by Lockheed as a project engineer.

After my brother died, my Dad felt he had to do something about the problem of young children passing from SIDS. He quit his job, put a second mortgage on the house and used every penny he had to invent a monitor for small children so no one would ever have to go through such an experience. Brett was just over 7 months old when he passed.

After that, I can remember watching my Father working in rented space or in small lab rooms at Georgia Tech, drawing blue prints, soldering PC boards and making plastic molds to build the first prototypes of the Infant Monitor. He worked day and night, so I really didn't get to have a normal relationship with him because of his focus at that time.

When I was young and the company was still starting up, I spent many nights sleeping on the couch in his office while he worked into the night. I was often used as a test subject for the testing of the monitors!

Once he realized he had a product that was marketable, he decided he should get his M.B.A. in order to learn how to run a business. He did this at night using the G.I. Bill while he continued to work on other new products. The company finally started to grow in 1975, and since then Dad has been involved in the medical industry for almost 50 years. The

products his companies invented and produced, have saved countless lives and made lives much easier for those that have had other medical conditions.

Once I started college as an engineering student I thought I would be able to work at his company as an apprentice in the engineering department during the summers. But much to my amazement, after my first year of college, I was hired during the summer as the Janitors Assistant! Again, "Tough Love"! When I told him that all the production staff, where I had previously worked, would laugh at me as I picked up the trash, he told me "Son, they are laughing at me, not you"!

As his children matured and began to buy stock in his companies, he was always lecturing us about FINRA, SEC, GAAP, Insider Trading rules, regulations, etc. We were told to follow these regulations to the letter of the law. He was very straightforward on this.

He always taught us to be philanthropic if we were to amass any wealth. He showed his philanthropy by giving back to both his Alma Maters that gave him the opportunity to become successful. He gave millions to Georgia Tech to build the Bio-Engineering and Sciences Initiatives. He also gave to the new Science Building at Georgia State where he received his M.B.A. These are only a few examples of how giving he was, and that this trait rubbed off on his children. I also recently funded a new Aerospace Research lab at Auburn University and several scholarships. I wouldn't have been able to achieve what I have without that education and I also wanted to give back. I could have easily kept or invested my savings and earnings, but that's not how my Dad brought us up.

I just wanted you to get to know the "real" Pete Petit, not just some "guy" in your court room behind a mask who did not speak. In no way could I imagine he would intentionally commit fraud or any other crime. It's just not in his DNA. No one is perfect and we all make mistakes. I am not saying he did or didn't, that's what the courts are for.

As a retired Air Force Pilot, I have fought in combat in several conflicts during my career and have traveled the world many times. I can attest from my world travel experiences that we have one of the best judicial systems in the world. I fully respect the right to a fair and speedy trial and the decision based on what you and the jury heard.

However, I humbly ask that you grant my father leniency and please consider his work to save countless lives and enhance the lives for those that may have had other conditions. He also has much more to give to society; however, incarceration would be a loss to the community because of his ongoing charitable involvement.

Thank you for your consideration,

*William W. Petit*


William W. Petit (Lt. Col. USAF Ret.)

Gregg Raybuck



Hon. Jed S. Rakoff
United States District Court
Southern District of New York United States Courthouse
Room 1340
500 Pearl Street
New York, NY 10007

Honorable Judge Rakoff,

The purpose of this letter is to provide insight into my personal and professional relationship with Pete Petit. I am a senior level executive, with more than 30 years' experience developing and leading both public and privately held health care organizations in a variety of specialized health care fields. Currently, I provide strategic and organizational leadership support to private equity, physician organizations and early-stage start-up companies as an Independent Consultant and Advisor.

I first met Mr. Petit in 1991 when I was recruited to join Healthdyne Perinatal Services as an Area Vice President. At the time I was working for a direct competitor. During the interview process, I met with a number of senior executives in the company. I was told that Pete Petit wanted to meet with me. I had heard so much about his passion and reputation in the industry that I considered it an honor. During that meeting I learned why he was so passionate. Driven by a personal loss he set a goal to never see another parent lose their child to preventable causes. He was down to earth, welcoming and highly informed of the market with details that most CEO's would ignore. I readily accepted the position.

I ended up working with Pete for fifteen years in various positions in the company. During those years I became a highly accomplished executive due to the guidance I received from Pete. His management style was straightforward. He felt that mistakes were tuition costs and the road to success was paved with challenges. He was a mentor who led by example and believed that every person in the organization had value  and created an open-door policy so that any employee could voice concerns and suggestions without fear of retribution. Most importantly he listened and acted. Pete being a man of faith believed everyone mattered. He silently and without fanfare assisted many people who were in need financially or emotionally. It was not unusual for Pete to send a companywide message asking for prayers for an individual facing life's challenges.

In the fifteen years ,I was fortunate enough to lead two divisions of the company. Pete would bring the business leaders of the company together every Monday morning for an executive

session. The goal of the meeting was consistent, to get the leaders of the company working and communicating together. Obstacles were identified and barriers removed as a result of Pete's willingness to achieve success. He provided a level of support, direction and commitment to his management team and never allowed egos to derail the overall mission of the company. We had a saying "the speed of Pete" achieve the goal in the fastest time possible, however, do not risk your personal or professional values to do so. There was never a question that doing the right thing was the only acceptable outcome. Pete was loyal to his team and never demanded loyalty in return. He believed in paying it forward.

Over the years my wife Diane and I got to know Pete and Janet socially enjoying their company in travels, company and community events. To this day, we stay in touch and keep track of our families and the path that our lives have taken. We are fortunate that our son, Alex and son in law, Adam are both employed by MiMedx. I was proud that they could join a company that I respected and knew personally. They are both thriving and grateful for the opportunity, knowing quite well they have Pete to thank for building a company that is making a difference in patient's lives.

I will forever be grateful for the privilege of having Pete Petit as my mentor and friend.

Yours truly,

Gregg Raybuck

## THE SPIRIT OF AMERICA FOUNDATION

January 22, 2021

Hon. Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
Room 1340
500 Pearl Street
New York, NY 10007

Dear Sir,

The purpose of my writing to you today is to respectfully offer you some personal insight into the person of Mr. Pete Petit. By way of introduction, my name is Dean Sikes, and I am the Founder of The Spirit of America Foundation – a nationally-focused organization dedicated to eradicating hopelessness among teenagers and by so doing, bringing an end to teenage suicide. Pete Petit and his very gracious financial support of our work certainly helps make possible the successful accomplishment of our mission.

I have personally known Mr. Petit in excess of fifteen (15) years. He is a long-term donor to our organization but more than a donor, Pete is a dear friend. He's a good man, someone in whom I trust and someone on whom I lean for wise counsel. He's a cheerleader for causes that are truly making a difference in this world of ours and most importantly to me, Pete Petit is a man of unquestioned integrity. In all of the years I've known him, there has not been even one time that he has told me he was going to do something that he did not do it – Pete's word truly is his bond.

On the professional side of his career, I have witnessed Mr. Petit's successful business activities which have resulted in significant contributions to the medical and healthcare industry. Pete's entrepreneurial activities have resulted in several successful businesses that have been financially profitable, and his companies have employed thousands of individuals.

I could not close my letter without briefly commenting on Pete as a family man. To those who know him, Pete is the epitome of a gracious gentleman who truly loves his family.

Thank you, Sir, for taking time from your schedule to read over just a few of my thoughts pertaining to the person of Pete Petit. To me, Pete is a personal role model and I'm honored to be in his life.

Sincerely Yours,

*Dean Sikes*
Dean Sikes

**POST OFFICE BOX 8915          CHATTANOOGA, TENNESSEE 37414          WWW.DEANSIKES.NET**

Hon. Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse, Room 1340
500 Pearl Street
New York, NY 10007

January 26, 2021

Dear Judge Rakoff,

I am a retired engineer with degrees in electrical engineering as well as an MBA and I am now in full time ministry, leading a ministry center in Holly Springs, Georgia.  I have lived in Atlanta, GA for more than 40 years and have managed different technologies for various industries.

I first met Pete Petit at a church singles group.  Though we had participated in many activities together, I only knew Pete as "one of the guys" and did not know he was the CEO of a company. The singles group went on a ski trip in Colorado in the mid-90's. One of our mutual friends on the trip had a bad ski accident on the weekend and required immediate surgery.  Pete humbly jumped in and went to the Colorado hospital to help connect our friend's local treating physician with the head of orthopedic surgery at Emory in Atlanta. Pete's helpfulness and willingness to solve a personal crisis on a weekend was when we realized he was more than just "one of the guys".

Around this same time, I was working for a small company in Atlanta as a developer that created software for special needs children. The company was getting ready to close its doors. Pete offered to put me in touch with a contact in the technology field, but never said he was the CEO of that company. Through this contact, I was able to save and restore my career, starting as a business analyst and working my way up to a Vice President of System Development.  I went on to work for Healthdyne/Matria for 14 years.

As a minister, I have many ministry friends who have been blessed by Pete.  He has often provided opportunities, contacts and resources for ministries that have helped many.  He is a generous benefactor and has always exemplified strong Judeo-Christian business ethics.

I have known and worked with Pete Petit for almost three decades in many roles.  I have travelled with him, vacationed with he and his family, prayed with him and solved business problems with him.  I have seen him provide opportunities for people to grow personally, professionally, and spiritually.  He is of the utmost character and integrity and I have been blessed by him personally and professionally.

Sincerely,

*James Trivette*

James Trivette
CEO and Senior Minister
Impact Ministry Center
Holly Springs, GA

Hon. Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
Room 1340
500 Pearl Street
New York, NY 10007


January 25, 2021

Dear Judge Rakoff,

I am a Georgia native who went to a large public university in Atlanta for my secondary education.  I have lived in Atlanta, GA for more than 30 years and have worked in the healthcare industry for many of those years.

I first met Pete Petit when I went to work for a maternity management company in 1992.  As the CEO of the company, Pete Petit, was highly visible in the company as a passionate leader.  He had built a company that was impacting thousands of women to enable them to have a healthy pregnancy. I met many people who had worked for the company for many years because of Pete's leadership.  I worked for the company for 20 years because of Pete's leadership, professional integrity and commitment to the company and the industry.

I wanted to share a personal experience when Hurricane Katrina hit New Orleans, LA in August of 2005.  At that time, the company had a maternity monitoring center in New Orleans.  We all know the impact of the hurricane was detrimental to so many.  There were employees that were affected.  Pete made sure not only the employees, but their families were taken care of.  None of the employees lost their jobs but were sent to other centers to work.

On a personal level, I volunteer to work with students at my alma mater, Georgia State University (GSU).  Pete Petit is an alumnus of GSU and I have personally seen the impact of his generous contributions to the field of science at GSU.  Many of the students I work with are studying science and are planning a career in this field. I attended several football games with students I was hosting in the college president's suite.  When these students were asked if they would like to meet Mr. Petit, in every instance that I ask this, all the students were eager to personally thank the man who was impacting their science studies.

I have known Pete Petit for over 28 years.  In that time, I have interacted with a man of consistent professional integrity, commitment to family, generous philanthropist, loyal father and true friend.

Sincerely,

*Laura Trivette*

Laura Trivette

January 20, 2021


Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse Room 1340
500 Pearl Street
New York, NY 10007

Honorable Rakoff,

Thank you for the opportunity to submit this letter on behalf of Parker "Pete" Petit.

I have known Pete Petit and his family since 2007 when he hired me as an executive for his company, Matria Healthcare.  While at Matria, I was a direct report of Pete's and regularly participated in executive meetings, business planning meetings, and all Board meetings.  In summary, I have firsthand experience watching him lead a company through difficult times, and what I witnessed is that he always exhibited the highest level of integrity, and he always displayed a genuine and deep concern for his employees and clients.

Below you'll find specific examples of Pete's true character, as witnessed by someone working closely with him over the years.  I'm happy to discuss any of these characteristics at your earliest convenience.

While working with Pete, I witnessed many examples where he put the needs of others above corporate gains.  One specific example I would like to share is the way he dealt with an employee who was trying desperately to juggle their work requirements while providing care for a child that was dealing with a life-threatening chronic illness.  When I brought the situation to Pete's attention, without hesitation he instructed me to create a position in my organization that allowed the employee the flexibility of working remotely so that she had the ability to care for her child.  He made the decision "on the spot", without fanfare, and without considering the impact on the business.  He demonstrated sincere empathy for the employee, and his caring character was exhibited in this simple example.

I also witnessed many examples where Pete displayed his character and motto of "just do the next right thing" when he was dealing with the cultural challenge of integrating multiple companies into a unified organization.  As background, Matria had recently acquired a market competitor and when I joined the company, they were in the process of creating a unified culture and brand.  On several occasions I witnessed Pete step in and ensure that the personnel of the acquired company were treated professionally and with respect.  He went beyond his role as the CEO to listen to employees, accept their feedback, and then take action to ensure every employee knew they were valued.  In this example, his character trait of focusing on the details, and viewing a situation through the perspective of others was clearly demonstrated.

I have personally learned many valuable lessens from each CEO in my network, and this is true with Pete as well. From Pete, I learned the importance of loyalty, the importance of strategic planning, as well as the importance of communicating often and clearly with employees.  Each week, Pete provided

"corporate voicemails" that were delivered to every employee in the company...not just the executives. Pete cared deeply for the people who worked in his company, regardless of their title or responsibility, and he spent personal time to ensure they felt valued, appreciated, and informed.  For example, I'll never forget the way he treated the receptionist at Matria.  Each day as he entered the building, he went out of his way to greet her and let her know she was appreciated.  Pete's focus on "the people" speaks volumes about his character as a leader, as he routinely put others ahead of himself and practiced the "*leaders eat last*" philosophy each day that we worked together.

I also witnessed Pete's commitment to the community.  He took valuable time from his day as the CEO of a publicly traded company, to help community organizations with their mission.  I witnessed firsthand his involvement in raising capital for local charities that needed money to continue their service to those less fortunate.  He made these investments of his time without fanfare or recognition, which again speaks to his character as a human being who cares about others less fortunate.

Finally, I witnessed Pete's devotion and commitment to his family.  Over the years I had the opportunity to get to know Janet and several of his children.  My wife and I saw firsthand the importance that Pete places on ensuring his family came first in his life, regardless of his commitments to the company and other projects.  We also saw how Pete was determined to ensure each of his family members became productive members of society and that they contributed to the greater good of mankind.  In my opinion, Pete's focus on creating a lasting legacy through his family demonstrates his character trait of "leaving this place in a better condition than when we started".

Clearly, I believe that Pete is a quality human being who has positively impacted the lives of thousands of people over the years.   My mother referred to people like Pete as "good folks", and I sincerely believe that the world is a better place because of Pete's overall character.

Thank you for this opportunity.

Respectfully,

Tom Underwood



*Learn • Lead • Leverage*

January 21, 2021

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
Room 1340
500 Pearl Street
New York, NY 10007

Dear Judge Rakoff,

I'm writing this letter on behalf of Pete Petit. I've known Mr. Petit for many years as a Donor to my 501-c-3 IDEALS Foundation, Inc. Mr. Petit's interest and financial support of our work helping young people learn the life skills necessary to be productive and meaningful citizens has been paramount in allowing us to continue to be a positive impact in the lives of these young people.

I was attracted to Mr. Petit because of his reputation in the community as a successful businessman, his generosity, his heart for people and most of all, for being a person of high character and moral values. In the time that Mr. Petit has been involved as a Financial Partner with our organization, I've come to witness each of these traits first- hand.

I can say without hesitation that without Mr. Petit's support and encouragement, IDEALS would not be entering our 28th year of positively impacting thousands of young people's lives each year. Mr. Petit not only has been a faithful supporter of our program, but he also takes a personal interest in the organizations he supports and those who lead them. He has always been available and a resource to provide encouragement when our organization faced challenging times.

Judge Rakoff, in considering Mr. Petit's future, I want to sincerely encourage you to truly understand how many lives will be affected if Mr. Petit is unable to continue his efforts in the community and his impact on the young people in programs he supports such as the IDEALS Foundation, inc.

Thank you for allowing me to share my deep appreciation and respect for Pete Petit, and what he means to the IDEALS Foundation, the young people we serve, and me personally.

Sincerely,

Jack W. Williams
Founder & CEO