# APPENDIX B

| James M. Libby, MD, FACS | | George W. Jabren, MD, FACS |
|---|---|---|
| DIPLOMATE AMERICAN BOARD OF UROLOGY | | DIPLOMATE AMERICAN BOARD OF UROLOGY |
| Orlando F. Lopez, MD, FACS | **UGA** | Alienor Gilchrist, MD |
| DIPLOMATE AMERICAN BOARD OF UROLOGY | UROLOGY | DIPLOMATE AMERICAN BOARD OF UROLOGY |
| James V. Eaton, MD, FACS | of | Jonathan L. Zurawin, MD |
| DIPLOMATE AMERICAN BOARD OF UROLOGY | GREATER | |
| Benjamin C. Lee, MD, FACS | ATLANTA | Saneal Rajanahally, MD |
| DIPLOMATE AMERICAN BOARD OF UROLOGY | | |

February 8, 2021

**RE:** Parker Petit
**DOB:** 08/04/1939
**Chart #:** 

Dear Your Honour:

Parker Petit was diagnosed with high-grade urothelial bladder cancer in 2018. He has required multiple surgeries to remove the original and recurrent high-grade bladder cancer over the past three years. He has undergone intravesical immunotherapy for the duration of his illness because of the high-risk nature of his underlying cancer. His last tumor recurrence was in December 2020. Treatment of the recurrence had to be postponed due to an acute urinary tract infection.

Mr. Petit has been extremely compliant with his follow-up, which requires cystoscopy every three months, to monitor whether he has recurrence of his disease. Because of the high-risk nature of his underlying cancer, he is now planning to return for initiation of weekly intravesical immunotherapy which requires instillation of a liquid medicine into his bladder through a catheter in my office. He will need to undergo maintenance immunotherapy for at least three years to limit his risk of recurrence of disease. If he has breakthrough tumors despite this protocol, he may need more invasive surgery.

My recommendation is that Mr. Petit not miss any of his scheduled upcoming intravesical immunotherapy treatments, which we currently have scheduled each Friday for the next six weeks. Furthermore, since Mr. Petit is in the process of getting his second COVID vaccine injection, I recommend that he not travel for roughly two months to allow the vaccine to work since Mr. Petit would be at high risk should he contract COVID-19. During that time his intravesical immunotherapy treatments could continue.

Please take this information under consideration as his disease requires diligent and intensive follow-up and he is highly motivated to maintain his health, particularly his bladder health at this time.

Sincerely,

*[signature]*

James M. Libby, MD, FACS

290 Country Club Drive • Suite 100
Stockbridge, GA 30281

755 Mt. Vernon Hwy NE • Suite 220
Atlanta, GA 30328

685 S 9th Street
Griffin, GA 30224

29 Upper Riverdale Road • Suite 150
Riverdale, GA 30274

1502 West Third Street • Suite B
Jackson, GA 30233

4799 Blue Ridge Drive • Suite 107
Blue Ridge, GA 30513

Phone: (770) 474-5281 • (888) 748-3188 • Fax: (770) 389-8674 • www.ugatl.com