UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        -v-<br><br>PARKER H. PETIT and<br>WILLIAM C. TAYLOR,<br><br>        Defendants. | Case No. 1:19-cr-850-JSR |

## SUPPLEMENTAL LETTERS IN SUPPORT OF SENTENCING ON BEHALF OF PARKER H. PETIT

The undersigned is separately filing these letters in support of Parker H. Petit's sentencing submission because the attached letters reference a client of Freshfields Bruckhaus Deringer.

Dated: New York, New York
       February 16, 2021

                                                /s/ Matthew I. Menchel
                                                Matthew I. Menchel
                                                Amanda Tuminelli
                                                Kobre & Kim LLP
                                                800 Third Avenue, 6th Floor
                                                New York, New York 10022
                                                Tel.: +1 305-967-6108
                                                Email: matthew.menchel@kobrekim.com

                                                *Attorneys for Defendant Parker H. Petit*