UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

PARKER H. PETIT and
WILLIAM TAYLOR,

                Defendants.

**[PROPOSED] <u>ORDER</u>**

19 Cr. 850 (JSR)

JED S. RAKOFF, U.S.D.J.

    Defendant William Taylor is hereby permitted to file under seal his restitution brief in this matter and exhibits thereto. Further, he shall electronically file a redacted version of those materials.

    SO ORDERED.

Dated:    New York, NY
           April 19, 2021

                                    JED S. RAKOFF, U.S.D.J.

1