UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>PARKER H. PETIT,<br><br>Defendant. |

No. 19-cr-850 (JSR)

## ORDER
## MODIFYING CONDITIONS OF RELEASE

Defendant Parker H. Petit's consent motion to modify the conditions of his release is hereby GRANTED. Accordingly:

1. Mr. Petit's conditions of release and bail are hereby modified so that his home at 3005 Evelyn Lane, Milton, Georgia 30004 is now the security for his $1,000,000 bond.

2. In light of that modification, Mr. Petit is released from the Agreement to Forfeit Property regarding his property in Roswell, Georgia, which Agreement was filed in the United States District Court for the Northern District of Georgia on May 5, 2020 (ECF No. 12, 1:19-MJ-1031-LTW).

**SO ORDERED.**

Dated: New York, New York
June 24, 2021

_____
JED S. RAKOFF, U.S.D.J.