UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
                                    :    19-cr-850 (JSR)
        -v-                         :
                                    :    AMENDED ORDER
                                    :
PARKER H. PETIT,                    :
                                    :
        Defendant.                  :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

    Defendant is an 82-year old man under treatment for a variety of health conditions. He is scheduled to surrender to the custody of the Bureau of Prisons on October 21, 2021 -- a date which shall not be further adjourned -- to serve a one-year sentence imposed pursuant to a jury's conviction on November 19, 2020.

    For the reasons stated on the record in the hearing conducted today on the defendant's motion for an order directing certain medical treatment during his period of incarceration, see Transcript 10/12/21, the Court, in addition to denying the defendant's motion, finds it necessary to amend its September 7, 2021 Order, which inter alia recommended certain medical treatments requested by the defendant. ECF 209. The defense now concedes the inaccuracy of its earlier representation that the veterinary anti-parasitic drug Panacur is "approved for human use," a representation upon which the Court relied. See id. at 4. Accordingly, the Court withdraws its

1

recommendation that the Bureau of Prisons permit Petit to bring a supply of Panacur with him to prison and that he be permitted to access a sustained supply of that medication while incarcerated. See id. at 1-2. The other aspects of the September 7, 2021 Order remain unchanged.

Decisions regarding Petit's cancer treatment protocol following his surrender to Bureau of Prisons custody are committed to the discretion of the physicians employed at Federal Medical Center Butner, where Petit has been designated.

SO ORDERED

Dated:   New York, NY
         October 12, 2021

_____
JED S. RAKOFF, U.S.D.J.